Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 NOV 15 PM 3: 54
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

United States of America,
Plaintiff

vs

Roosevelt Kyle, individually or d/b/a Century One Resorts, Ltd. or Century One Associates; Rebecca Tyree, a/k/a Rubee Tyree or Ruby Tyree; COA Financial Group, LLC d/b/a COA Financial Network Trust c/o T&N Fashion; and Eagle Financial Services, LLC.

SUMMONS IN A CIVIL ACTION

Case No.

'07CV 2187 IEG    NLS

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

John Monroe
U.S. Department of Justice
P.O. Box 7238
Washington, D.C. 20044

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK
P. DE LA CRUZ

By _____, Deputy Clerk

NOV 1 5 2007
DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)