KAREN P. HEWITT
United States Attorney

JOHN R. MONROE
IA Bar No. 0008881
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238
Washington, DC  20044
Telephone: 202-307-0638
Facsimile: 202-514-6770
john.r.monroe@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 07-cv-2187-IEG-NLS |
| ROOSEVELT KYLE, individually or d/b/a CENTURY ONE RESORTS, LTD or CENTURY ONE ASSOCIATES; REBECCA TYREE a/k/a/ RUBEE TYREE or RUBY TYREE; COA FINANCIAL GROUP, LLC d/b/a COA FINANCIAL NETWORK TRUST c/o T&N FASHION; and EAGLE FINANCIAL SERVICES, LLC | ) | **NOTICE OF APPEARANCE** |
| Defendants. | ) | |

Please enter my appearance as counsel in this case for the Plaintiff, United States of America.  Future service upon counsel for the United States in this case should be made at the following mailing address:

2904321.1

Case No. 07-cv-2187

        John Monroe
        U.S. Department of Justice
        Trial Attorney, Civil Tax Division
        P.O. Box 7238
        Washington, DC 20044

or upon Mr. Monroe's official E-mail address:

        John.R.Monroe@usdoj.gov

Dated: December 3, 2007

        Respectfully submitted,

        KAREN P. HEWITT
        United States Attorney

        /s/ John Monroe
        JOHN R. MONROE
        IA Bar No. 0008881
        Trial Attorney, Tax Division
        U.S. Department of Justice
        P.O. Box 7238
        Washington, D.C. 20044
        Telephone: (202) 307-0638
        Fax: (202) 514-6770
        E-mail: john.r.monroe@usdoj.gov
        Attorneys for Plaintiff

2904321.1

*Certificate of Service*

I hereby certify that on December 3, 2007, service of the foregoing Notice of Appearance was made by way of the Court's ECF filing system.

I hereby certify that on December 3, 2007, I served the foregoing Notice of Appearance by first class mail postage prepaid to each entity or person named below at the address stated below for each entity or person:

    Roosevelt Kyle
    2840 C Street, Apt. #5
    San Diego, CA 92102

    Eagle Financial Services, LLC
    c/o Roosevelt Kyle, Registered Agent
    2840 C Street, Apt. #5
    San Diego, CA 92102

    COA Financial Group, LLC
    c/o Roosevelt Kyle, Registered Agent
    2840 C Street, Apt. #5
    San Diego, CA 92102

    Rebecca Tyree
    6460 Convoy Court, Space #159
    San Diego, CA 92117

    /s/ John Monroe
    John Monroe
    U.S. Department of Justice - Tax Division

2904321.1