Roosevelt Kyle
c/o P O Box 1503
National City, California State [91951]

FILED
07 DEC 21 PM 2: 39
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | **in Admiralty** |
| vs. ) | **Case No.07CV2187-IEG-NLS** |
| ) | |
| ) | |
| ROOSEVELT KYLE, individually or ) | Amount claimed_____ |
| d/b/a CENTURY ONE RESORTS,LTD ) | Plus Costs |
| or CENTURY ONE ASSOCIATES; ) | |
| REBECCA TYREE a/k/a RUBEE TYREE ) | JUDGE |
| Or RUBY TYREE; COA FINANCIAL ) | Judge _____ |
| GROUP, LLC d/b/a COA FINANCIAL ) | |
| NETWORK TRUST c/o T&N FASHION; ) | |
| and EAGLE FINANCIAL SERVICES, LLC) | |
| Defendants ) | |
| ) | **NOTICE OF DEMAND TO PLAINTIFF FOR DISCOVERY BRING TO THIS COURT THE 1099OID TAX FORM FOR THIS ACCOUNT TO PROVE YOUR CLAIM** |

Roosevelt Kyle                                - 1

To: JOHN R. MONROE, IA #0008881  December 20, 2007
    Trial Attorney, Tax Division
    US Department of Justice
    P.O. Box 7238
    Washington, DC 20044

From: ROOSEVELT KYLE

Dear Sir

Would your accountant please prepare and file Federal Tax Form 1099 O.I.D. (Original Issue Discount) to cover the eligible issues (15usc1692a) in this case # 07CV2187-IEG-NLS- UNITED STATES OF AMERICA v. ROOSEVELT KYLE, individually or d/b/a CENTURY ONE RESORTS, LTD or CENTURY ONE ASSOCIATES; REBECCA TYREE a/k/a RUBEE TYREE or RUBY TYREE; COA FINANCIAL GROUP, LLC d/b/a COA FINANCIAL NETWORK TRUST c/o T&N FASHION; and EAGLE FINANCIAL SERVICES, LLC. The eligible issue(s) in this matter consist of

    1.) Your Claim for Case # 07CV2187-IEG-NLS   $_____
    2.) ATTORNEY'S FEES AND COURT COSTS.

Please provide me with my copy of this 1099 O.I.D. form.

The tax in question is the original issue discount. The filing of the 1099 O.I.D. is not mandatory on my part, but upon request by me, becomes mandatory upon you, and if not complied with, constitutes a "willful failure to file for income tax".

The filing of the 1099 O.I.D. is to enable the tax charge to return to the source for settlement and closing of escrow in exchange, Treasury Direct, SS# 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. After filing, please return to my possession all the corresponding property that belongs to me.

If a response is not received from you in 10 days of receipt of this letter, it will be assumed you have chosen to dishonor me.

                              Respectively,
                              By: _____

CERTIFICATE OF MAILING

On this 20 day of December, A.D. 2007, I personally placed this letter into a postage pre-paid Certified Mail envelope addressed to the above address, and deposited it in the U.S. Post Office.

                              C Morton
                              Mailer

                              _____
                              Witness to Mailing

Roosevelt Kyle                        - 2