1  Roosevelt Kyle
   c/o P O Box 1503
2  National City, California State [91951]

```
                                    FILED
                                    07 DEC 21 PM 2:40
                                    CLERK, U.S. DISTRICT COURT
                                    SOUTHERN DISTRICT OF CALIFORNIA
                                               9/1/0
                                    BY            DEPUTY
```

8           IN THE UNITED STATES DISTRICT COURT FOR THE

             SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,        )   Notice of Lodgement
                                     )
            Plaintiff,                )      in Admiralty
11  vs.                              )   Case No. 07CV2187-IEG-NLS
                                     )
                                     )
12  ROOSEVELT KYLE, individually or  )
    d/b/a CENTURY ONE RESORTS, LTD   )
    or CENTURY ONE ASSOCIATES;       )
13  REBECCA TYREE a/k/a RUBEE TYREE  )
    Or RUBY TYREE; COA FINANCIAL     )
    GROUP, LLC d/b/a COA FINANCIAL   )
14  NETWORK TRUST c/o T&N FASHION;   )
    and EAGLE FINANCIAL SERVICES, LLC)
                                     )   BOND
15          Defendants               )
                                     )
16  Roosevelt Kyle, non-corporate "Person", )
    Real Party in Interest Authorized )
    Representative With Power of Attorney )
17  In Fact                          )

Roosevelt Kyle                              - 1

1  San Diego County    )
                      ) affirmed
2  California state    )

3  I, Roosevelt Kyle, Affiant, over the age of twenty-one years, competent to testify with firsthand knowledge, do affirm and say:

4  **BOND**

5  There appearing no bond of record to initiate the matter regarding **Case # 07CV2187-IEG-NLS** and any and all associated account(s), I, **Roosevelt Kyle**, undertake as follows: In

6  consideration thereof that no lawful money of account exists in circulation, and in

7  consideration thereof that I have suffered dishonor regarding the matter of Case # **07CV2187-IEG-NLS** and all associated account(s), I underwrite with my private exemption

8  **#466663335/D90431909 (see exhibit A)** any and all obligations of performance/loss/costs

9  sustained by the United States of America/State of California/San Diego County and the respectful citizens thereof regarding said matter.

10

11  San Diego County, State of California,

12  This 20th day of December, 2007.

13

14

15

16

17

Roosevelt Kyle                                  - 2

## COMMERICAL OATH AND VERIFICATION

I, Roosevelt Kyle, certify under my unlimited liability Commerical Oath and having first hand knowledge of the facts with competence that the statements and facts are, true, correct, complete and certain, and the truth the whole truth and nothing but the truth.

By: _____

Roosevelt Kyle, lawful Man

Authorized Representative for the fiction

ROOSEVELT KYLE TM with Power of Attorney in Fact

The above affiant, Roosevelt Kyle appeared before me a Notary Republic, for the State of California, in his **true character** and affixed his signature to the above document and affirmed under oath this 20 day of December, 2007.



SEAL

CMorton
Notary Public

My commission expires: 4/26/2011

//

//

Roosevelt Kyle                                       - 3

## CERTIFICATE OF MAILING AND CONTENTS MAILED

I, Roosevelt Kyle, being over the age of twenty-one years, competent to witness and with firsthand knowledge do say that on the 21st day of DECEMBER month, 2007, I did cause to be mailed via US Postal Service, by first class mail, postage prepaid the above NOTICE OF ANSWER AND COUNTERCLAIM to:

John R. Monroe IA #0008881
U.S. Department of Justice
P.O. Box 7238
Washington, DC 20044

_____          December 21, 2007
Roosevelt Kyle, authorized          Date
Representative for ROOSEVELT KYLE

Roosevelt Kyle                                - 4