Bearer: Roosevelt Kyle
c/o PO Box 1503
National City, California state near [91951]
Non domestic without the US

Henry M. Paulson Jr., Secretary of the US Treasury
The United States Department of the Treasury
c/o 1500 Pennsylvania Ave NW
Washington, D.C. [20220]

**AMENDED**

Issue date:    15 November 2007
Bond Number:   D90431909

Exhibit A

## PRIVATE BOND FOR SET OFF - NON-NEGOTIABLE
### Value of Bond is Unlimited

Re:   CERTIFICATE OF LIVE BIRTH # 589736 Accepted For Value and Exempt From Levy Deposited to US Treasury and charge the same to ROOSEVELT KYLE, JR. 466663335/D90431909

Attention: Henry M. Paulson Jr., Respondent

Enclosed, the undersigned, Roosevelt Kyle, Jr. herewith accepts for value the enclosed bond, Certificate of Live Birth, No. 589736, and all endorsements front and back, being the only legitimate acceptor of said bond being the only party to have put any value into said bond, being the contributing beneficiary of the same. This is in accordance with Uniform Commercial Code, and House Joint Resolution 192 of 5 June 1933, and UCC 1-104 and UCC 10-104.

### BOND ORDER

Please deposit this bond to Post Bonded Registered Mail Account Number RB 872443138 US for future identification purposes, and to be used as a set off account against any bills, taxes, or claims, and the like, against the Roosevelt Kyle, Jr. as listed on Certificate of Live Birth, No. 589736 or any bills, taxes, or claims, and the like, against the ROOSEVELT KYLE, JR. 466663335/D90431909 (ROOSEVELT KYLE,JR., debtor to Roosevelt Kyle, Jr., Secured Party, see enclosed UCC-1 Financing Statement), said claim(s) to have been "accepted" and endorsed by the Roosevelt Kyle, Jr.

Please adjust any bills, taxes, or claims, and the like, against the Roosevelt Kyle, Jr. [see Certificate of Live Birth] or the ROOSEVELT KYLE, JR. 466663335/D90431909 to zero, charge, settle and close any such account, and return the interest to the principal, Roosevelt Kyle, Jr. via the ROOSEVELT KYLE, JR, 466663335/D90431909 at the above post location.

Henry M. Paulson Jr., the Secretary of the Treasury, the United States Department of the Treasury shall have Thirty (30) days from the date of receipt of this Bond, as witnessed by the Date of Receipt affixed to the USPS Domestic Return Receipt, to dishonor this Bond by returning this Bond to the Principal at the stipulated mailing address by non domestic post. Failure to return the Bond as stated shall constitute Acceptance and Honoring of this Bond and the Associate transactions, in accordance with the Law, by Henry M. Paulson Jr., the Secretary of the US Treasury, and The United States Department of the Treasury to all of the Terms and Conditions contained herein.

This Bond shall be ledger as an asset as best suits the needs of The United States Department of the Treasury.
This Bond expires at the moment the Roosevelt Kyle, Jr. expires.

_____    _____    _____
Roosevelt Kyle, Jr. - Principal      Dennis Randall Gray – Surety #1      Jay Cleveland - Surety #2
Exemption ID # 4666633335/D90431909  Exemption ID # 223607053             Exemption ID # 454157263
c/o P O Box 1503                     c/o P.O. Box 744                     c/o 908 Paradise Knoll Ct
National City. State, near [91951]   Bonita, Ca. State, near [91908]      National City, Ca. State, near [92088]
non domestic with the US             non domestic without the US          non domestic without the US

Witness #1 _____         Witness #2 _____
Annie C. Lee                                  Phal F. Choup
c/o 2260 El Cajon Blvd. #182                  c/o 38558 51st Street
San Diego, Ca. State, near [92115]            San Diego, Ca. State, near [92105]
non domestic without the US                   non domestic without the US