# UNITED STATES DISTRICT COURT
## SOUTHERN JUDICIAL DISTRICT

*FILED*

07 DEC 21  PM 2: 40

CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

## DECLARATION OF SERVICE

BY:        *gvb*

DEPUTY

I am over the age of 18 and I hereby attest and confirm that I personally served an Authorized Agent of
### USD COURT
**at their place of business known as 880 FRONT ST , San Diego, CA  92101, and that I served the  following documents:**

_____**Bond / Counter Claim / Demand for Discovery ,**

**To Proof of Service,  I do hereby declare to be true and correct to the best of my knowledge and ability that I have served the party(s) named hereon with a true copy of the document within.**

**This 21st Day Of  December  2007**

_____ **Signature of Person Serving**