Summons in a Civil Action (Rev 11/97)

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 NOV 15 PM 3:54
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

United States of America,
Plaintiff

vs

Roosevelt Kyle, individually or d/b/a Century One Resorts, Ltd. or Century One Associates; Rebecca Tyree, a/k/a Rubee Tyree or Ruby Tyree; COA Financial Group, LLC, d/b/a COA Financial Network Trust c/o T&N Fashion; and Eagle Financial Services, LLC.

SUMMONS IN A CIVIL ACTION
Case No.

'07CV 2187 IEG   NLS

TO: (Name and Address of Defendant)

COA Financial Group, LLC
2505 E Division Street, Suite F
National City, CA 91950

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

John Monroe
U.S. Department of Justice
P.O. Box 7238
Washington, D.C. 20044

An answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

NOV 1 5 2007
DATE

P. DE LA CRUZ

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 11-28-07 |
| NAME OF SERVER C. Hoskins | TITLE Server of Process |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: COA Financial Group, LLC
2340 E. 8th St. Suite C    Agent for service:
National City, CA 91950    Roosevelt Kyle

[ ] Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

[ ] Return unexecuted:

[ ] Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | TOTAL | |
|---|---|---|---|---|
| | | | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: 11-28-07    Date 11-30-07    Signature of Server C. Hoskins
4910 70th St., San Diego CA 92115
Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)