1  KAREN P. HEWITT
   United States Attorney
2
   JOHN R. MONROE
3  IA Bar No. 0008881
   Trial Attorney, Tax Division
4  U.S. Department of Justice
   P.O. Box 7238
5  Washington, DC  20044
   Telephone: 202-307-0638
6  Facsimile: 202-514-6770
   john.r.monroe@usdoj.gov
7
              IN THE UNITED STATES DISTRICT COURT FOR THE
8                   SOUTHERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,        )
                                    )
10                 Plaintiff,        )
                                    )
11         v.                        )   Case No. 07-cv-2187-IEG-NLS
                                    )
12 ROOSEVELT KYLE, individually or  )
   d/b/a CENTURY ONE RESORTS, LTD   )   **REQUEST FOR ENTRY OF**
13 or CENTURY ONE ASSOCIATES;       )   **CLERK'S DEFAULT AGAINST**
   REBECCA TYREE a/k/a/ RUBEE TYREE )   **EAGLE FINANCIAL SERVICES, LLC**
14 or RUBY TYREE;                   )
   COA FINANCIAL GROUP, LLC d/b/a COA )
15 FINANCIAL NETWORK TRUST c/o T&N  )
   FASHION;                         )
16 and                              )
   EAGLE FINANCIAL SERVICES, LLC    )
17                                  )
                   Defendants.       )
18 _____ )
                                    )
19 ROOSEVELT KYLE,                  )
                                    )
20             Third-Party Plaintiff, )
                                    )
21         v.                        )
                                    )
22 JOHN R. MONROE;                  )
   DOES 1 THROUGH 1000,             )
23                                  )
              Third-Party Defendants. )
24

25      The Plaintiff, United States of America, requests pursuant to Federal Rule of Civil

26 Procedure 55(a) that the Clerk enter default against Defendant Eagle Financial Services, LLC, for

27 its failure to answer or otherwise respond to the complaint.

28
                                                             Case No. 07-cv-2187   2969237.1

1    In accordance with Federal Rules of Civil Procedures 4(h)(1), on November 27, 2007, the
2    United States served Defendant Eagle Financial Services, LLC, by personally serving its
3    registered agent for service of process, Roosevelt Kyle, with a copy of the complaint and
4    summons (Doc. No. 9).
5    An answer to the United States' complaint was due by December 17, 2007.[1] Defendant
6    Eagle Financial Services failed to answer or otherwise respond to the United States' complaint.[2]
7    Upon information and belief, Roosevelt Kyle was competent to accept service on behalf of Eagle
8    Financial Services.[3] According to the California Secretary of State's online records, Roosevelt
9    Kyle is the Agent for Service of Process for Eagle Financial Services, LLC.[4] Because Defendant
10   Eagle Financial Services is a business entity, a statement regarding the applicability of the
11   Servicemembers Civil Relief Act is not necessary.

---

[1] Fed. R. Civ. P. 12(a)(1).

[2] Declaration of John Monroe at ¶ 3.

[3] *Id.* at ¶ 4.

[4] *Id.* at ¶ 5.

1  Because the United States properly served a copy of the summons and complaint on
2  Defendant Eagle Financial Services on November 27, 2007, and because it failed to answer or
3  otherwise respond by December 17, 2007, and has not yet answered or otherwise responded to
4  the complaint, the Clerk should enter default against Defendant Eagle Financial Services.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ John Monroe
JOHN R. MONROE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238
Washington, D.C. 20044
Telephone: 202-307-0638
Fax: 202-514-6770
E-mail: john.r.monroe@usdoj.gov
Attorneys for Plaintiff

*Certificate of Service*

I hereby certify that on January 4, 2008, service of the foregoing Request for Entry of Clerk's Default Against Eagle Financial Services, LLC, with accompanying declaration and exhibit was made by way of the Court's ECF filing system.

I hereby certify that on January 4, 2008, I served the foregoing Request for Entry of Clerk's Default Against Eagle Financial Services, LLC, with accompanying declaration and exhibit by first class mail postage prepaid to each entity or person named below at the address stated below for each entity or person:

Roosevelt Kyle
P.O. Box 1503
National City, CA 91951

Eagle Financial Services, LLC
c/o Roosevelt Kyle, Registered Agent
P.O. Box 1503
National City, CA 91951

3                               Case No. 07-cv-2187   2969237.1

1
2  COA Financial Group, LLC
   c/o Roosevelt Kyle, Registered Agent
3  P.O. Box 1503
   National City, CA 91951
4
   Rebecca Tyree
5  6460 Convoy Court, Space #159
   San Diego, CA 92117
6
7
                                          /s/ John Monroe
8                                         U.S. Department of Justice - Tax Division
                                          Trial Attorney, Tax Division
9                                         U.S. Department of Justice
                                          Post Office Box 7238
10                                        Ben Franklin Station
                                          Washington, D.C.  20044
11                                        Telephone: (202) 307-0638
                                          Facsimile: (202) 514-6770
12                                        E-mail: john.r.monroe@usdoj.gov
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                              4                    Case No. 07-cv-2187   2969237.1