KAREN P. HEWITT
United States Attorney

JOHN R. MONROE
IA Bar No. 0008881
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238
Washington, DC 20044
Telephone: 202-307-0638
Facsimile: 202-514-6770
john.r.monroe@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 07-cv-2187-IEG-NLS<br>) |
| ROOSEVELT KYLE, individually or<br>d/b/a CENTURY ONE RESORTS, LTD<br>or CENTURY ONE ASSOCIATES;<br>REBECCA TYREE a/k/a/ RUBEE TYREE<br>or RUBY TYREE;<br>COA FINANCIAL GROUP, LLC d/b/a COA<br>FINANCIAL NETWORK TRUST c/o T&N<br>FASHION;<br>and<br>EAGLE FINANCIAL SERVICES, LLC | )<br>) **DECLARATION OF**<br>) **JOHN MONROE**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

I, John Monroe, pursuant to 28 U.S.C. § 1746, declare and state as follows:

1. I am a trial attorney with the Tax Division of the Department of Justice. I am over 18 years of age and am competent to testify to the facts stated below.

2. On November 15, 2007, the Plaintiff, United States of America, commenced an action against Eagle Financial Services, LLC, by filing its Complaint.

3. Eagle Financial Services, LLC, has not answered or otherwise responded to the Complaint and the time to answer or respond has not been extended.

4. Upon information and belief, Roosevelt Kyle, is neither incompetent nor an infant.

5. According to the California Secretary of State's online records, Roosevelt Kyle is the Agent

2969302.1

for Service of Process for Eagle Financial Services, LLC. A copy of these records is attached to this declaration as Government Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 4, 2008

John R. Monroe
Trial Attorney
Department of Justice - Tax Division

Case No. 07-cv-2187    2969302.1