# California Business Portal

### Secretary of State DEBRA BOWEN

SECRETARY OF STATE | ELECTIONS & VOTER INFO | POLITICAL REFORM | CA BUSINESS PORTAL | ARCHIVES & MUSEUM | OTHER SERVICES

**Business Search LP/LLC**

Printer Friendly Page
New Search
Search Tips
Field Definitions
Status Definitions
LLC Name Availability
LP Name Availability
Business Entities Records Order Form
 Certificates
 Copies
 Status Reports
LLC FAQS
LP FAQS
LLC Main Page
LP Main Page
Site Search

Limited Partnerships/Limited Liability Companies **LP/LLC**

The information displayed here is current as of "Dec 28, 2007" and is updated weekly. It is not a complete or certified record of the Limited Partnership or Limited Liability Company.

## LP/LLC

EAGLE FINANCIAL SERVICES, LLC

**Number:** 200705410333  **Date Filed:** 1/24/2007  **Status:** canceled

**Jurisdiction:** CALIFORNIA

### Address

2340 EAST 8TH ST STE C

NATIONAL CITY, CA 91950

### Agent for Service of Process

ROOSEVELT KYLE

2340 EAST 8TH ST STE C

NATIONAL CITY, CA 91950

Printer Friendly

### New Search

- Fees and instructions for requesting certification of limited partnership and/or limited liability company records are included on the **Business Entities Records Order Form**.
- Blank fields indicate the information is not contained in the computer file.
- If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report. Fees and instructions for ordering a status report are included on the **Business Entities Records Order Form**.

Copyright ©2001 California Secretary of State. Privacy Statement.



Government Exhibit 1