1  KAREN P. HEWITT
   United States Attorney
2
3  JOHN R. MONROE
   IA Bar No. 0008881
   Trial Attorney, Tax Division
4  U.S. Department of Justice
   P.O. Box 7238
5  Washington, DC  20044
   Telephone: 202-307-0638
6  Facsimile: 202-514-6770
   john.r.monroe@usdoj.gov
7

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROOSEVELT KYLE, individually or ) <br> d/b/a CENTURY ONE RESORTS, LTD ) <br> or CENTURY ONE ASSOCIATES; ) <br> REBECCA TYREE a/k/a/ RUBEE TYREE ) <br> or RUBY TYREE; ) <br> COA FINANCIAL GROUP, LLC d/b/a COA ) <br> FINANCIAL NETWORK TRUST c/o T&N ) <br> FASHION; ) <br> and ) <br> EAGLE FINANCIAL SERVICES, LLC ) <br> ) <br> Defendants. ) <br> _____ ) <br> ) <br> ROOSEVELT KYLE, ) <br> ) <br> Third-Party Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN R. MONROE; ) <br> DOES 1 THROUGH 1000, ) <br> ) <br> Third-Party Defendants. ) | Case No. 07-cv-2187-IEG-NLS <br><br> **REQUEST FOR ENTRY OF CLERK'S DEFAULT AGAINST COA FINANCIAL GROUP, LLC** |

The Plaintiff, United States of America, requests pursuant to Federal Rule of Civil Procedure 55(a) that the Clerk enter default against Defendant COA Financial Group, LLC, for its failure to answer or otherwise respond to the complaint.

Case No. 07-cv-2187    2969282.1

1  In accordance with Federal Rules of Civil Procedures 4(h)(1), on November 28, 2007, the
2  United States served Defendant COA Financial Group, LLC, by personally serving its registered
3  agent for service of process, Roosevelt Kyle, with a copy of the complaint and summons (Doc.
4  No. 10).
5  An answer to the United States' complaint was due by December 18, 2007.[1]  Defendant
6  COA Financial Group failed to answer or otherwise respond to the United States' complaint.[2]
7  Upon information and belief, Roosevelt Kyle was competent to accept service on behalf of COA
8  Financial Group.[3]  According to the California Secretary of State's online records, Roosevelt
9  Kyle is the Agent for Service of Process for COA Financial Group, LLC.[4]  Because Defendant
10 COA Financial Group, LLC, is a business entity, a statement regarding the applicability of the
11 Servicemembers Civil Relief Act is not necessary.

---

[1] Fed. R. Civ. P. 12(a)(1).

[2] Declaration of John Monroe at ¶ 3.

[3] *Id.* at ¶ 4.

[4] *Id.* at ¶ 5.

Because the United States properly served a copy of the summons and complaint on Defendant COA Financial Group, LLC, on November 28, 2007, and because it failed to answer or otherwise respond by December 18, 2007, and has not yet answered or otherwise responded to the complaint, the Clerk should enter default against Defendant COA Financial Group, LLC.

> Respectfully submitted,
>
> KAREN P. HEWITT
> United States Attorney
>
> /s/ John Monroe
> JOHN R. MONROE
> Trial Attorney, Tax Division
> U.S. Department of Justice
> P.O. Box 7238
> Washington, D.C. 20044
> Telephone: 202-307-0638
> Fax: 202-514-6770
> E-mail: john.r.monroe@usdoj.gov
> Attorneys for Plaintiff

*Certificate of Service*

I hereby certify that on January 4, 2008, service of the foregoing Request for Entry of Clerk's Default Against COA Financial Group, LLC, with accompanying declaration and exhibit was made by way of the Court's ECF filing system.

I hereby certify that on January 4, 2008, I served the foregoing Request for Entry of Clerk's Default Against COA Financial Group, LLC, with accompanying declaration and exhibit by first class mail postage prepaid to each entity or person named below at the address stated below for each entity or person:

Roosevelt Kyle
P.O. Box 1503
National City, CA 91951

Eagle Financial Services, LLC
c/o Roosevelt Kyle, Registered Agent
P.O. Box 1503
National City, CA 91951

1  COA Financial Group, LLC
   c/o Roosevelt Kyle, Registered Agent
2  P.O. Box 1503
   National City, CA 91951
3
   Rebecca Tyree
4  6460 Convoy Court, Space #159
   San Diego, CA 92117
5

6
                                            /s/ John Monroe
7                                           U.S. Department of Justice - Tax Division
                                            Trial Attorney, Tax Division
8                                           U.S. Department of Justice
                                            Post Office Box 7238
9                                           Ben Franklin Station
                                            Washington, D.C.  20044
10                                          Telephone: (202) 307-0638
                                            Facsimile: (202) 514-6770
11                                          E-mail: john.r.monroe@usdoj.gov