1   KAREN P. HEWITT
    United States Attorney
2
    JOHN R. MONROE
3   IA Bar No. 0008881
    Trial Attorney, Tax Division
4   U.S. Department of Justice
    P.O. Box 7238
5   Washington, DC  20044
    Telephone: 202-307-0638
6   Facsimile: 202-514-6770
    john.r.monroe@usdoj.gov
7

8                 IN THE UNITED STATES DISTRICT COURT FOR THE
                      SOUTHERN DISTRICT OF CALIFORNIA

9   UNITED STATES OF AMERICA,            )

10                        Plaintiff,     )

11               v.                      )   Case No. 07-cv-2187-IEG-NLS
                                         )
12  ROOSEVELT KYLE, individually or      )
    d/b/a CENTURY ONE RESORTS, LTD       )   **DECLARATION OF**
13  or CENTURY ONE ASSOCIATES;           )   **JOHN MONROE**
    REBECCA TYREE a/k/a/ RUBEE TYREE     )
14  or RUBY TYREE;                       )
    COA FINANCIAL GROUP, LLC d/b/a COA   )
15  FINANCIAL NETWORK TRUST c/o T&N      )
    FASHION;                             )
16  and                                  )
    EAGLE FINANCIAL SERVICES, LLC        )
17                                       )
                          Defendants.    )
18

19          I, John Monroe, pursuant to 28 U.S.C. § 1746, declare and state as follows:

20  1.      I am a trial attorney with the Tax Division of the Department of Justice.  I am over 18 years

21          of age and am competent to testify to the facts stated below.

22  2.      On November 15, 2007, the Plaintiff, United States of America, commenced an action

23          against COA Financial Group, LLC, by filing its Complaint.

24  3.      COA Financial Group, LLC, has not answered or otherwise responded to the Complaint and

25          the time to answer or respond has not been extended.

26  4.      Upon information and belief, Roosevelt Kyle, is neither incompetent nor an infant.

27

28
                                                                            2969294.1

5.      According to the California Secretary of State's online records, Roosevelt Kyle is the Agent for Service of Process for COA Financial Group, LLC.  A copy of these records is attached to this declaration as Government Exhibit 2.

I declare under penalty of perjury that the foregoing is true and correct.

        Dated: January 4, 2008

                                        _____
                                        John R. Monroe
                                        Trial Attorney
                                        Department of Justice - Tax Division