# California Business Portal

## Secretary of State DEBRA BOWEN

| SECRETARY OF STATE | ELECTIONS & VOTER INFO | POLITICAL REFORM | CA BUSINESS PORTAL | ARCHIVES & MUSEUM | OTHER SERVICES |

**Business Search**
**LP/LLC**

Printer Friendly Page
New Search
Search Tips
Field Definitions
Status Definitions
LLC Name Availability
LP Name Availability
Business Entities
Records Order Form
  Certificates
  Copies
  Status Reports
LLC FAQS
LP FAQS
LLC Main Page
LP Main Page
Site Search

### Limited Partnerships/Limited Liability Companies

## LP/LLC

The information displayed here is current as of "Dec 28, 2007" and is updated weekly. It is not a complete or certified record of the Limited Partnership or Limited Liability Company.

## LP/LLC

COA FINANCIAL GROUP, LLC

**Number:** 200416710002 **Date Filed:** 6/14/2004 **Status:** active

**Jurisdiction:** CALIFORNIA

### Address

2505 E DIVISION STREET STE F

NATIONAL CITY, CA 91950

### Agent for Service of Process

ROOSEVELT KYLE

2505 E DIVISION STREET STE F

NATIONAL CITY, CA 91950

Printer Friendly

### New Search

- Fees and instructions for requesting certification of limited partnership and/or limited liability company records are included on the **Business Entities Records Order Form**.
- Blank fields indicate the information is not contained in the computer file.
- If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report. Fees and instructions for ordering a status report are included on the **Business Entities Records Order Form**.

Copyright ©2001 California Secretary of State. Privacy Statement.

**Government Exhibit 2**