# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

FILED

JAN - 7 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| United States of America<br><br>　　　　　　　　　　　Plaintiff,<br><br>vs<br><br>Roosevelt Kyle, dba Century One Resorts, LTD or Century One Associates; Rebecca Tyree aka Rubee Tyree or Ruby Tyree; COA Financial Group, LLC dba COA Financial Network Trust c/o T&N Fashion; Eagle Financial Services, LLC.<br>　　　　　　　　　　　Defendant, | Civil No.　07cv2187-IEG(NLS)<br>**DEFAULT** |

　　　It appears from the records in the above entitled action that Summons issued on the Original Complaint filed on November 15, 2007 has been regularly served upon each of the Defendants hereinafter named; and it appears from the records herein that each of the Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure. Now, therefore, the DEFAULT of each of the following Defendants is hereby entered.

　　COA Financial Group, LLC. dba COA Financial Network Trust c/o T&N Fashion

**Entered On:**　　January 7, 2008　　　　　　　　W. SAMUEL HAMRICK, JR., CLERK

　　　　　　　　　　　　　　　　　　By: _____

　　　　　　　　　　　　　　　　　　　　J. Haslam, Deputy Clerk