KAREN P. HEWITT
United States Attorney

JOHN R. MONROE
IA Bar No. 0008881
U.S. Department of Justice - Tax Division
P.O. Box 7238
Washington, DC 20044
Telephone: 202-307-0638
Facsimile: 202-514-6770
john.r.monroe@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROOSEVELT KYLE, individually or ) <br> d/b/a CENTURY ONE RESORTS, LTD ) <br> or CENTURY ONE ASSOCIATES; ) <br> REBECCA TYREE a/k/a/ RUBEE TYREE ) <br> or RUBY TYREE; ) <br> COA FINANCIAL GROUP, LLC d/b/a COA ) <br> FINANCIAL NETWORK TRUST c/o T&N ) <br> FASHION; ) <br> and ) <br> EAGLE FINANCIAL SERVICES, LLC ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) <br> ) <br> ROOSEVELT KYLE, ) <br> ) <br> Third-Party Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN R. MONROE, ) <br> ) <br> Third-Party Defendant. ) | Case No. 07-cv-2187-IEG-NLS <br><br> **NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION AGAINST ROOSEVELT KYLE** <br><br> DATE: February 19, 2008 <br> TIME: 10:30 a.m. <br> COURTROOM: 1 (Fourth Floor) <br><br> Hon. Irma E. Gonzalez |

2920471.1

Case No. 07-cv-2187

**TO: DEFENDANTS**

**PLEASE TAKE NOTICE** that on February 19, 2008 at 10:30 a.m., or as soon thereafter as counsel may be heard, in the Courtroom of the Honorable Irma E. Gonzalez, the United States, through its attorney of record, John R. Monroe, Trial Attorney, United States Department of Justice, Tax Division, will, and now does, move for a preliminary injunction under Federal Rule of Civil Procedure 65(a) and Sections 7402, 7407, and 7408 of the Internal Revenue Code (26 U.S.C., "I.R.C.").

The United States moves for a preliminary injunction prohibiting defendant Roosevelt Kyle, both individually and doing business as Century One Resorts, Ltd. or Century One Associates, and all those in active concert or participation with him, from directly or indirectly acting as federal tax return preparers, representing any person before the Internal Revenue Service, and engaging in any conduct subject to any penalty under the Internal Revenue Code or any other conduct that interferes with the administration and enforcement of the internal revenue laws.

Kyle prepares federal income tax returns for others that claim inflated and fabricated expenses on Form 1040, Schedules A and C. While there is evidence of a host of improprieties, the most common tactic of Kyle is to reduce his customers' tax liabilities by inflating or fabricating unreimbursed employee business expenses on Schedule A or other expenses on Schedule C.

The United States also seeks to require Kyle to notify his customers of the Court's findings and injunction.

The grounds for this motion are fully set forth in the Memorandum of Points and

Authorities in support of this motion and in the Declarations of Revenue Agent Shereen Hawkins, Special Agent Maridehl Tablac, Eva Leomo, and Ofelia Uriarte and IRS Forms 4340, Certificates of Assessments and Payments filed herewith and incorporated herein by reference.

A proposed form of preliminary injunction will be submitted to the Court pursuant to ECF Administrative Policies and Procedures § 2.h.

Dated: January 11, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ John Monroe
JOHN R. MONROE
IA Bar No. 0008881
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238
Washington, D.C. 20044
Telephone: (202) 307-0638
Fax: (202) 514-6770
E-mail: john.r.monroe@usdoj.gov
Attorneys for Plaintiff

2920471.1

*Certificate of Service*

I hereby certify that on January 11, 2008, service of the foregoing Notice of and Motion for Preliminary Injunction Against Roosevelt Kyle was made by way of the Court's ECF filing system.

I hereby certify that on January 11, 2008, I served the foregoing Notice of and Motion for Preliminary Injunction Against Roosevelt Kyle by first class mail postage prepaid to each entity or person named below at the address stated below for each entity or person:

Roosevelt Kyle
P.O. Box 1503
National City, CA 91951

Eagle Financial Services, LLC
c/o Roosevelt Kyle, Registered Agent
P.O. Box 1503
National City, CA 91951

COA Financial Group, LLC
c/o Roosevelt Kyle, Registered Agent
P.O. Box 1503
National City, CA 91951

Rebecca Tyree
6460 Convoy Court, Space #159
San Diego, CA 92117

/s/ John Monroe
John Monroe
U.S. Department of Justice - Tax Division

2920471.1

-4-                                Case No. 07-cv-2187