KAREN P. HEWITT
United States Attorney

JOHN R. MONROE
IA Bar No. 0008881
U.S. Department of Justice - Tax Division
P.O. Box 7238
Washington, DC  20044
Telephone: 202-307-0638
Facsimile: 202-514-6770
john.r.monroe@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROOSEVELT KYLE, individually or )<br>d/b/a CENTURY ONE RESORTS, LTD )<br>or CENTURY ONE ASSOCIATES; )<br>REBECCA TYREE a/k/a/ RUBEE TYREE )<br>or RUBY TYREE; )<br>COA FINANCIAL GROUP, LLC d/b/a COA )<br>FINANCIAL NETWORK TRUST c/o T&N )<br>FASHION; )<br>and )<br>EAGLE FINANCIAL SERVICES, LLC )<br>)<br>Defendants. )<br>)<br>_____ )<br>)<br>ROOSEVELT KYLE, )<br>)<br>Third-Party Plaintiff, )<br>)<br>v. )<br>)<br>JOHN R. MONROE, )<br>)<br>Third-Party Defendant. ) | Case No. 07-cv-2187-IEG-NLS<br><br>**TABLE OF CONTENTS**<br>**FOR EXHIBITS SUBMITTED**<br>**IN SUPPORT OF UNITED STATES'**<br>**MOTION FOR PRELIMINARY**<br>**INJUNCTION AGAINST**<br>**ROOSEVELT KYLE** |

2980492.1

Case No. 07-cv-2187

| Exhibit Label | Exhibit Name | Page |
|---|---|---|
| A | Declaration of Shereen Hawkins. | 1 |
| A-1 | Summary of Audit Results. | 7 |
| A-2 | Examined Returns Signed by Rebecca Tyree. | 14 |
| B | Declaration of Special Agent Maridehl Tablac. | 15 |
| B-1 | Transcript of Undercover Meeting with Roosevelt Kyle. | 18 |
| B-2 | Undercover Agent's 2006 Form 1040 Prepared by Kyle. | 40 |
| B-3 | Undercover Agent's 2006 Form 1040 Prepared by IRS. | 47 |
| C | Declaration of Ofelia Uriarte. | 50 |
| C-1 | Uriarte 2006 Form 1040. | 52 |
| C-2 | Uriarte Income Tax Examination Changes. | 60 |
| D | Declaration of Eva Leomo. | 62 |
| D-1 | Leomo Income Tax Examination Changes. | 65 |
| D-2 | Leomo 2003 Form 1040. | 67 |
| D-3 | Leomo 2004 Form 1040. | 75 |
| D-4 | Leomo 2005 Form 1040. | 81 |
| E | IRS Forms 4340 Certificates of Assessments, Payments and Other Specific Matters for Roosevelt Kyle (Tax Periods 1983 and 1984). | 89 |