

# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: Dec. 28, 2007

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Roosevelt Kyle, SSN: ▮▮▮▮3335, for Civil Penalty, for the tax period ending December 31, 1983, consisting of three pages ——————————————————————————

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Linda L. Drake* (signature)
Linda L. Drake
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198

**Exhibit E**

89
Exhibit E
Catalog Number 19002E

Form **2866** (Rev. 09-1997)

```
            CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------------

ROOSEVELT KYLE                                  EIN  ████████████


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN          TAX PERIOD: DEC   1983
                                                ASSESSMENT,    PAYMENT,    ASSESSMENT
                                                OTHER DEBITS   CREDIT      DATE (23C,
DATE        EXPLANATION OF TRANSACTION          (REVERSAL)     (REVERSAL)  RAC 006 )
---------------------------------------------------------------------------------

            QUICK ASSESSMENT                       600.00                  04-06-1987
            IRC 6694 PENALTY
            UNDERSTATEMENT OF TAX
            BY PREPARER
            33251-096-13210-7         08

            QUICK ASSESSMENT                         0.00                  04-06-1987
            33251-096-13210-7         08

            INTEREST ASSESSED                        9.39                  06-08-1987
            19872108

04-01-1988  FEDERAL TAX LIEN

04-27-1988  FEDERAL TAX LIEN

04-14-1997  STATUTE EXPIRED -                                    609.39
            CLEAR TO ZERO
            UNCOLLECTABLE AMOUNT OWED
            $              609.39-

02-05-2007  FEDERAL TAX LIEN RELEASED

04-06-1987  Statutory Notice of Balance Due

06-08-1987  Statutory Notice of Balance Due

07-13-1987  Notice of Balance Due

08-17-1987  Notice of Balance Due


FORM 4340    (REV. 01-2002)                      PAGE     1
```

90
Exhibit E

```
           CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------

ROOSEVELT KYLE                              EIN/SSN: ███████


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: DEC  1983
                                        ASSESSMENT,      PAYMENT,       ASSESSMENT,
DATE         EXPLANATION OF TRANSACTION  OTHER DEBITS    CREDIT         DATE (23C,
                                        (REVERSAL)      (REVERSAL)     RAC 006 )
------------------------------------------------------------------------------

09-21-1987  Notice of Balance Due

10-19-1987  Statutory Notice of Intent to Levy

01-01-1990  Statutory Notice of Intent to Levy


FORM 4340   (REV. 01-2002)                       PAGE    2
```

91
Exhibit E

```
             CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------------
ROOSEVELT KYLE                              EIN  ██████████



TYPE OF TAX: CIVIL PENALTY
FORM: CVPN          TAX PERIOD: DEC  1983
---------------------------------------------------------------------------------



BALANCE                 0.00
---------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
---------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: [signature: Linda L. Drake]

PRINT NAME:  Linda L. Drake

TITLE:  Supervisor Accounting Technician, Ogden W&I Submission Processing

DELEGATION ORDER:  SW Delegation Order 198


LOCATION: INTERNAL REVENUE SERVICE

          ACCOUNT STATUS DATE 12/28/2007

FORM 4340   (REV. 01-2002)                      PAGE       3
```



# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: Dec. 28, 2007

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Roosevelt Kyle, SSN: ███3335, for Civil Penalty, for the tax period ending December 31, 1984, consisting of three pages ——————————————————————

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Linda L. Drake* (signature)

Linda L. Drake
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198

93
Exhibit E
Catalog Number 19002E                                      Form **2866** (Rev. 09-1997)

```
           CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------------
ROOSEVELT KYLE                                EIN

TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: DEC  1984
                                             ASSESSMENT,     PAYMENT,      ASSESSMENT
                                             OTHER DEBITS    CREDIT        DATE (23C,
DATE        EXPLANATION OF TRANSACTION       (REVERSAL)      (REVERSAL)    RAC 006 )
-----------------------------------------------------------------------------------

            QUICK ASSESSMENT                                 600.00        04-06-1987
            IRC 6694 PENALTY
            UNDERSTATEMENT OF TAX
            BY PREPARER
            33251-096-13211-7          08

            QUICK ASSESSMENT                                 0.00          04-06-1987
            33251-096-13211-7          08

            INTEREST ASSESSED                                9.39          06-08-1987
            19872108

04-01-1988  FEDERAL TAX LIEN

04-27-1988  FEDERAL TAX LIEN

04-14-1997  STATUTE EXPIRED -                                609.39
            CLEAR TO ZERO
            UNCOLLECTABLE AMOUNT OWED
            $             609.39-

02-05-2007  FEDERAL TAX LIEN RELEASED

04-06-1987  Statutory Notice of Balance Due

06-08-1987  Statutory Notice of Balance Due

07-13-1987  Notice of Balance Due

08-17-1987  Notice of Balance Due


FORM 4340   (REV. 01-2002)                         PAGE     1
```

```
       CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------
ROOSEVELT KYLE                          EIN


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: DEC  1984
                                     ASSESSMENT,      PAYMENT,     ASSESSMENT,
DATE        EXPLANATION OF TRANSACTION  OTHER DEBITS    CREDIT       DATE (23C,
                                     (REVERSAL)       (REVERSAL)    RAC 006 )
------------------------------------------------------------------------------
09-21-1987 Notice of Balance Due

10-19-1987 Statutory Notice of Intent to Levy

01-01-1990 Statutory Notice of Intent to Levy


FORM 4340   (REV. 01-2002)                       PAGE      2
```

```
      CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
ROOSEVELT KYLE                                  EIN


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN       TAX PERIOD: DEC  1984
-------------------------------------------------------------------------------


BALANCE              0.00

-------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

-------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: /s/ Linda L. Drake

PRINT NAME:  Linda L. Drake

TITLE:  Supervisor Accounting Technician, Ogden W&I Submission Processing

DELEGATION ORDER:  SW Delegation Order 198


LOCATION: INTERNAL REVENUE SERVICE

         ACCOUNT STATUS DATE 12/28/2007

FORM 4340  (REV. 01-2002)                        PAGE    3
```