1  Stephen M. Feldman, Esq.
   State Bar Number 65773
2  LAW OFFICES OF STEPHEN M. FELDMAN
   15915 Ventura Boulevard, Suite 201
3  Encino, California  91436
   Tel (818)907-0334
4  Fax (818)907-9056

5  Attorney for Defendant REBECCA TYREE
   a/k/a RUBEE TYREE

6

7

8

            **IN THE UNITED STATES DISTRICT COURT FOR THE**
9
              **SOUTHERN DISTRICT OF CALIFORNIA**
10

11

   UNITED STATES OF AMERICA,                    **CASE NO.**  07CV2187 IEG (NLS)
12
                 Plaintiff,
13
          vs.                                   **AMENDED PROOF OF SERVICE**
14
   ROOSEVELT KYLE, individually or d/b/a
15 CENTURY ONE RESORTS, LTD or
   CENTURY ONE ASSOCIATES;
16 REBECCA TYREE a/k/a RUBEE TYREE
   or RUBY TYREE; COA FINANCIAL
17 GROUP, LLC d/b/a COA FINANCIAL
   NETWORK TRUST c/o T&N FASHION;
18 and EAGLE FINANCIAL SERVICES,
   LLC
19
                 Defendants.
20 _____/

21
   STATE OF CALIFORNIA, COUNTY OF LOS ANGELES
22
          I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and
23
   not a party to the within action; my business address is 15915 Ventura Boulevard, Suite 201, Encino,
24
   California 91436.
25
          On January 22, 2008, I served the foregoing document described as **"Answer and Affirmative**
26
   **Defenses of Rebecca Tyree, etc."**  on the interested parties in this action by placing a true copy thereof
27
   enclosed in a sealed envelope addressed as follows:
28
   _____1_____

   Amended Proof of Service

1

Roosevelt Kyle, In Pro Per
P.O. Box 1503
National City, CA 91951

2

3   __XX__(BY MAIL)  I caused such envelope with postage thereon fully  prepaid to be placed in the

4   United States mail at Encino, California.(to all the above).

5   __(BY FACSIMILE MACHINE)  I caused the above-referenced document to be transmitted to the

6   above- named persons .

7   __ (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the addressee

8        Executed on January 22, 2008, at Encino, California.

9   _XX_ (State)  I declare under penalty of perjury under the laws of the State of California that the above

10  is true and correct.

11

12
                                                    /s/_____
13                                                  STEPHEN M. FELDMAN

14  F:\PLEADING\SN\14421.ml.wpd

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                            2

Amended Proof of Service