KAREN P. HEWITT
United States Attorney

JOHN R. MONROE
IA 0008881
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238
Washington, DC  20044
Telephone: 202-307-0638
Facsimile: 202-514-6770
E-mail: john.r.monroe@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROOSEVELT KYLE, individually or ) <br> d/b/a CENTURY ONE RESORTS, LTD ) <br> or CENTURY ONE ASSOCIATES; ) <br> REBECCA TYREE a/k/a/ RUBEE TYREE ) <br> or RUBY TYREE; ) <br> COA FINANCIAL GROUP, LLC d/b/a COA ) <br> FINANCIAL NETWORK TRUST c/o T&N ) <br> FASHION; ) <br> and ) <br> EAGLE FINANCIAL SERVICES, LLC ) <br> ) <br> Defendants, ) <br> ) <br> ROOSEVELT KYLE, ) <br> ) <br> Third-Party Plaintiff ) <br> ) <br> v. ) <br> ) <br> JOHN R. MONROE, ) <br> DOES 1 THROUGH 1000 ) <br> ) <br> Third-Party Defendants. ) | Case No. 07-cv-2187-IEG-NLS <br><br> **NOTICE OF MOTION AND MOTION TO DISMISS THIRD-PARTY COMPLAINT AGAINST JOHN R. MONROE** <br><br> Oral Argument Not Required <br><br> DATE: April 14, 2008 <br> TIME: 10:30 a.m. <br> COURTROOM: 1 <br><br> Hon. Irma E. Gonzalez |

2961330.2

Case No. 07-cv-2187

**TO: ROOSEVELT KYLE, THIRD PARTY PLAINTIFF**

**PLEASE TAKE NOTICE** that on April 14, 2008, at 10:30 a.m., or as soon thereafter as counsel may be heard, in the Courtroom of the Honorable Irma E. Gonzalez, the United States, through its attorney of record, John Monroe, Trial Attorney, United States Department of Justice, Tax Division, will, and now does move under Federal Rule of Civil Procedure 12(b)(1) and (6) to dismiss the third-party complaint filed against John R. Monroe.

The United States of America moves to dismiss third-party plaintiff Roosevelt Kyle's third-party complaint under Federal Rule of Civil Procedure 12(b)(1) and (6) for lack of subject matter jurisdiction and failing to state a claim upon which relief can be granted and for other relief that the Court finds is just and proper.

The grounds for this motion are fully set forth in the Memorandum of Points and Authorities in support of this motion filed herewith and incorporated herein by reference.

A proposed order dismissing third-party plaintiff Roosevelt Kyle's complaint will be submitted to the Court pursuant to ECF Administrative Policies and Procedures § 2.h.

Dated: February 5, 2008

                                          Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ John R. Monroe
JOHN R. MONROE
IA Bar No. 0008881
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238
Washington, D.C. 20044
Telephone: 202-307-0638
Fax: 202-514-6770
E-mail: john.r.monroe@usdoj.gov
Attorneys for Plaintiff

<u>Certificate of Service</u>

I hereby certify that on February 5, 2008, service of the foregoing Notice of and Motion to Dismiss Third-Party Complaint Against John R. Monroe was made by way of the Court's ECF filing system on the following:

Stephen Feldman
Attorney for Defendant Rebecca Tyree

I hereby certify that on February 5, 2008, I served the foregoing Notice of and Motion to Dismiss Third-Party Complaint Against John R. Monroe by first class mail postage prepaid to each entity or person named below at the address stated below for each entity or person:

Roosevelt Kyle
P.O. Box 1503
National City, CA 91951

Eagle Financial Services, LLC
c/o Roosevelt Kyle, Registered Agent
P.O. Box 1503
National City, CA 91951

2961330.2

COA Financial Group, LLC
c/o Roosevelt Kyle, Registered Agent
P.O. Box 1503
National City, CA 91951

                                                           /s/ John Monroe
                                                         JOHN R. MONROE
                                                         U.S. Department of Justice - Tax Division

2961330.2