```
 1  KAREN P. HEWITT
    United States Attorney
 2
    JOHN R. MONROE
 3  IA Bar No. 0008881
    Trial Attorney, Tax Division
 4  U.S. Department of Justice
    P.O. Box 7238
 5  Washington, DC  20044
    Telephone: 202-307-0638
 6  Facsimile: 202-514-6770
    john.r.monroe@usdoj.gov
 7
```

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROOSEVELT KYLE, individually or ) <br> d/b/a CENTURY ONE RESORTS, LTD ) <br> or CENTURY ONE ASSOCIATES; ) <br> REBECCA TYREE a/k/a/ RUBEE TYREE ) <br> or RUBY TYREE; ) <br> COA FINANCIAL GROUP, LLC d/b/a COA ) <br> FINANCIAL NETWORK TRUST c/o T&N ) <br> FASHION; ) <br> and ) <br> EAGLE FINANCIAL SERVICES, LLC ) <br> ) <br> Defendants. ) <br> _____ ) <br> ) <br> ROOSEVELT KYLE, ) <br> ) <br> Third-Party Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN R. MONROE; ) <br> DOES 1 THROUGH 1000, ) <br> ) <br> Third-Party Defendants. ) | Case No. 07-cv-2187-IEG-NLS <br><br> **NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AGAINST EAGLE FINANCIAL SERVICES, LLC AND COA FINANCIAL GROUP, LLC** <br><br> Oral Argument Not Required <br><br> DATE: April 14, 2008 <br> TIME: 10:30 a.m. <br> COURTROOM:1 <br><br> Hon. Irma E. Gonzalez |

TO: DEFENDANTS

PLEASE TAKE NOTICE that on April 14, 2008 at 10:30 a.m., or as soon thereafter as counsel may be heard, in the Courtroom of the Honorable Irma E. Gonzalez, the United States,

Case No. 07-cv-2187             2982138.1

1  through its attorney of record, John Monroe, Trial Attorney, United States Department of Justice,
2  Tax Division, will, and now does move under Federal Rule of Civil Procedure 55(b)(2) for
3  default judgment against Eagle Financial Services, LLC, and COA Financial Group, LLC.
4        The United States moves the Court, pursuant to F.R.C.P. Rule 55(b)(2), for entry of
5  default judgment and injunctive relief against Defendants Eagle Financial Services, LLC
6  ("Eagle") and COA Financial Group, LLC, doing business as COA Financial Network Trust c/o
7  T&N Fashion ("COA").  Defendants Eagle and COA were properly served with a summons and
8  complaint, but have failed to answer or otherwise respond in the time permitted by law and this
9  court.  The Clerk of Court entered default against Eagle and COA on January 7, 2008 (Doc. Nos.
10  15 and 16).
11        The United States requests that the Court enjoin Eagle and COA, and anyone acting in
12  active concert or participation with them from directly or indirectly: (1) acting as an income-tax-
13  return preparer and from engaging in conduct subject to penalty under I.R.C. § 6701; (2)
14  preparing or filing federal tax returns for others; (3) engaging in any conduct subject to penalty
15  under I.R.C. § 6694, including preparing any part of a return or claim for refund that includes a
16  willful understatement of tax or a position for which there is no reasonable basis; (4) engaging in
17  any conduct that interferes with the administration and enforcement of the internal revenue laws.
18        The United States also requests that the Court enjoin Eagle and COA from representing
19  persons before the IRS.
20        Further, the United States requests that the Court order Eagle and COA to contact by mail
21  all persons for whom they prepared any federal-income-tax returns or other tax-related
22  documents after January 1, 2003, and inform those persons of the entry of the Court's findings
23  concerning the falsity of representations they made on their customers' tax returns, and that a
24  permanent injunction has been entered against them.
25        The United States also requests that the Court order Eagle and COA to turn over to
26  counsel for the United States a list of the names, addresses, e-mail addresses, phone numbers,
27  and Social Security numbers of all individuals or entities for whom Eagle and COA prepared or
28

helped to prepare any tax-related documents, including claims for refund or tax returns since January 1, 2003.

Finally, it is requested that the Court permit the United States to engage in post-judgment discovery to ensure compliance with any injunction entered.

As provided for in LCvR 7.1(f)(1), the grounds for this motion are more fully set forth in the attached memorandum of points and authorities.  In addition, a proposed form of default judgment will be submitted to the Court pursuant to ECF Administrative Policies and Procedures § 2.h.

Respectfully submitted this 5th day of February, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ John Monroe
JOHN R. MONROE
IA Bar No. 0008881
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238
Washington, D.C. 20044
Telephone: 202-307-0638
Fax: 202-514-6770
E-mail: john.r.monroe@usdoj.gov
Attorneys for Plaintiff

**Certificate of Service**

I hereby certify that on February 5, 2008, service of the foregoing Notice of and Motion for Default Judgment Against Eagle Financial Services, LLC, and COA Financial Group, LLC, was made by way of the Court's ECF filing system on the following:

Stephen Feldman
Attorney for Defendant Rebecca Tyree

I hereby certify that on February 5, 2008, I served the foregoing Notice of and Motion for Default Judgment Against Eagle Financial Services, LLC, and COA Financial Group, LLC, by first class mail postage prepaid to each entity or person named below at the address stated below for each entity or person:

Roosevelt Kyle
P.O. Box 1503
National City, CA 91951

Eagle Financial Services, LLC
c/o Roosevelt Kyle, Registered Agent
P.O. Box 1503
National City, CA 91951

COA Financial Group, LLC
c/o Roosevelt Kyle, Registered Agent
P.O. Box 1503
National City, CA 91951

/s/ John Monroe
U.S. Department of Justice - Tax Division
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-0638
Facsimile: (202) 514-6770
E-mail: john.r.monroe@usdoj.gov