1  KAREN P. HEWITT
   United States Attorney
2
   JOHN R. MONROE
3  IA Bar No. 0008881
   Trial Attorney, Tax Division
4  U.S. Department of Justice
   P.O. Box 7238
5  Washington, DC 20044
   Telephone: 202-307-0638
6  Facsimile: 202-514-6770
   john.r.monroe@usdoj.gov
7
                    IN THE UNITED STATES DISTRICT COURT FOR THE
8                          SOUTHERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,         )
                                     )
10                 Plaintiff,        )
                                     )
11         v.                        )   Case No. 07-cv-2187-IEG-NLS
                                     )
12 ROOSEVELT KYLE, individually or   )
   d/b/a CENTURY ONE RESORTS, LTD    )
13 or CENTURY ONE ASSOCIATES;        )
   REBECCA TYREE a/k/a/ RUBEE TYREE  )
14 or RUBY TYREE;                    )   SUPPLEMENTAL DECLARATION
   COA FINANCIAL GROUP, LLC d/b/a COA)   OF SHEREEN HAWKINS
15 FINANCIAL NETWORK TRUST c/o T&N   )
   FASHION;                          )
16 and                               )
   EAGLE FINANCIAL SERVICES, LLC     )
17                                   )
                   Defendants.       )
18 _____)
                                     )
19 ROOSEVELT KYLE,                   )
                                     )
20                 Third-Party Plaintiff, )
                                     )
21         v.                        )
                                     )
22 JOHN R. MONROE;                   )
   DOES 1 THROUGH 1000,              )
23                                   )
                   Third-Party Defendants. )
24

25

26

27 1.    I, Shereen Hawkins, am over 18 years of age and am competent to testify to the facts set

28                                                          Case No. 07-cv-2187   3047524.1

1  forth in this declaration.

2. On November 29, 2007, I signed a declaration that was filed in this case regarding the IRS's investigation of Roosevelt Kyle's tax return preparation business.

3. I have subsequently noticed that there is an incomplete explanation in footnote 1 of Exhibit A-1, which was attached to my initial declaration. The explanation in that footnote states that a blank space in the preparer signature column of Exhibit A-1 indicates that either there was no signature or an illegible signature on the corresponding tax return.

4. However, a blank space in the preparer signature column of Exhibit A-1 indicates that either (1) the signature was illegible or (2) there was no signature on the return the IRS examined because the IRS examined an electronic version of the return or the customer's copy of the return (both of which may not contain an actual signature of the return preparer). The absence of a signature on the customer's copy of the return or the IRS's electronic version does not necessarily mean that there was not a preparer signature on the original return that was filed.

5. Consequently, the table in paragraph 14 of my original declaration mistakenly shows the number of IRS examined returns for which Kyle conducted an interview but did not sign. The correct number of IRS examined returns, that the IRS has identified for which Kyle conducted an interview but did not sign is 7, not 11. Those seven returns represent returns for which, according to the customer, Kyle conducted the tax return preparation interview, but the preparer signature is not Kyle's and is illegible.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 7, 2008

_____
SHEREEN HAWKINS

Case No. 07-cv-2187   3047524.1

**Certificate of Service**

      I hereby certify that on February 7, 2008, service of the foregoing Supplemental Declaration of Shereen Hawkins was made by way of the Court's ECF filing system on the following:

Stephen Feldman
Attorney for Defendant Rebecca Tyree

      I hereby certify that on February 7, 2008, I served the foregoing Supplemental Declaration of Shereen Hawkins, by first class mail postage prepaid to each entity or person named below at the address stated below for each entity or person:

Roosevelt Kyle
P.O. Box 1503
National City, CA 91951

Eagle Financial Services, LLC
c/o Roosevelt Kyle, Registered Agent
P.O. Box 1503
National City, CA 91951

COA Financial Group, LLC
c/o Roosevelt Kyle, Registered Agent
P.O. Box 1503
National City, CA 91951

/s/ John Monroe
U.S. Department of Justice - Tax Division
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-0638
Facsimile: (202) 514-6770
E-mail: john.r.monroe@usdoj.gov

3048530.1