# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>ROOSEVELT KYLE, individually or d/b/a CENTURY ONE RESORTS, LTD or CENTURY ONE ASSOCIATES; REBECCA TYREE a/k/a RUBEE TYREE or RUBY TYREE; COA FINANCIAL GROUP, LLC d/b/a COA FINANCIAL NETWORK TRUST c/o T&N FASHION; and EAGLE FINANCIAL SERVICES, LLC,<br><br>        Defendants. | Civil No.07cv2187 IEG (NLS)<br><br>**ORDER SETTING:**<br>**(1) ORDER TO SHOW CAUSE HEARING FOR DEFENDANT KYLE;**<br>**(2) RULE 26 COMPLIANCE; and**<br>**(2) *TELEPHONIC* CASE MANAGEMENT CONFERENCE.** |

On February 11, 2008, the Court convened an Early Neutral Evaluation Conference (ENE) in this action. John Monroe appeared for Plaintiff. Stephen Feldman appeared for defendant Rebecca Tyree. Defendant Roosevelt Kyle did not appear. The case did not settle. The Court discussed Mr. Kyle's failure to appear and compliance with Federal Rule of Civil Procedure 26. The Court now **ORDERS**:

    1.    Defendant **Roosevelt Kyle shall appear in person** before the Court on ***February 28, 2008 at 11:00 a.m.*** and show cause why sanctions should not be imposed for failing to appear at the ENE as required by the Court's January 7, 2008 Order.

    2.    Counsel or parties representing themselves are ordered to appear **telephonically** on ***March 28, 2008 at 10:30 a.m.*** before Magistrate Judge Stormes for a Case Management Conference

pursuant to Federal Rule of Civil Procedure 16(b). Plaintiff's counsel shall initiate the telephonic conference.

    2.    The Rule 26(f) conference shall be completed on or before ***March 6, 2008***.

    3.    A Joint Discovery Plan shall be lodged with Magistrate Judge Stormes on or before ***March 17, 2008***.  (The date and time for the CMC should be included in the caption of the Joint Discovery Plan.)

    4.    The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur on or before ***March 20, 2008***.

Plaintiff's counsel shall serve a copy of this order on all parties that enter this case hereafter. Each responsible attorney of record and all parties representing themselves shall participate in the conference.  Represented parties need not participate.

Failure of any counsel or party to comply with this order will result in sanctions.

**IT IS SO ORDERED.**

DATED:  February 11, 2008

*(signature)*
Hon. Nita L. Stormes
U.S. Magistrate Judge