# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil No.07cv2187 IEG (NLS) |
| Plaintiff, | ) | **ORDER IMPOSING MONETARY SANCTIONS ON ROOSEVELT KYLE** |
| v. | ) | |
| ROOSEVELT KYLE, individually or d/b/a CENTURY ONE RESORTS, LTD or CENTURY ONE ASSOCIATES; REBECCA TYREE a/k/a RUBEE TYREE or RUBY TYREE; COA FINANCIAL GROUP, LLC d/b/a COA FINANCIAL NETWORK TRUST c/o T&N FASHION; and EAGLE FINANCIAL SERVICES, LLC, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

On February 28, 2008, the Court held an Order to Show Cause (OSC) hearing to determine why sanctions should not be imposed for Roosevelt Kyle's failure to appear at the Court-ordered Early Neutral Evaluation Conference (ENE). Defendant Kyle did not appear at the OSC hearing. Only counsel for United States of America, John Monroe, appeared by telephone.

"Failure of . . . any party to comply with . . . any order of the court may be ground for imposition by the court of any and all sanctions . . . including . . . entry of default . . . [and] imposition of monetary sanctions." Civ. L. R. 83.1(a). For violations of a specific court order, the court may "order that the monetary sanctions be paid to the nonappropriated fund of the court." Civ. L. R. 83.1(b).

Here, the Court **ORDERS** defendant Roosevelt Kyle to pay monetary sanctions in the amount of **$500.00** to the Clerk of Court for his failure to appear at the ENE and the OSC. The Clerk shall deposit

1 | the amount in the Court's nonappropriated fund.  Defendant Kyle shall deposit the $500.00 by
2 | ***March 10, 2008***.  Any future disobeyance of the Court's Order(s) could result in the imposition of
3 | further sanctions, including default.
4 | **IT IS SO ORDERED.**
5 | DATED:  February 28, 2008

                                          _____
                                          Hon. Nita L. Stormes
                                          U.S. Magistrate Judge