KAREN P. HEWITT
United States Attorney

JOHN R. MONROE
IA Bar No. 0008881
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238
Washington, DC 20044
Telephone: 202-307-0638
Facsimile: 202-514-6770
john.r.monroe@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROOSEVELT KYLE, individually or ) <br> d/b/a CENTURY ONE RESORTS, LTD ) <br> or CENTURY ONE ASSOCIATES; ) <br> REBECCA TYREE a/k/a/ RUBEE TYREE ) <br> or RUBY TYREE; ) <br> COA FINANCIAL GROUP, LLC d/b/a COA ) <br> FINANCIAL NETWORK TRUST c/o T&N ) <br> FASHION; ) <br> and ) <br> EAGLE FINANCIAL SERVICES, LLC ) <br> ) <br> Defendants. ) <br> _____ ) <br> ) <br> ROOSEVELT KYLE, ) <br> ) <br> Third-Party Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN R. MONROE; ) <br> DOES 1 THROUGH 1000, ) <br> ) <br> Third-Party Defendants. ) | Case No. 07-cv-2187-IEG-NLS <br><br> **JOINT MOTION FOR ENTRY OF STIPULATED PRELIMINARY INJUNCTION AGAINST REBECCA TYREE** |

Pursuant to Local Rule 7.2, the United States and Defendant Rebecca Tyree, jointly move for entry of a stipulated preliminary injunction against Rebecca Tyree.

The agreed upon form for a preliminary injunction against Rebecca Tyree will be

submitted to the Court pursuant to ECF Administrative Policies and Procedures § 2.h.

Respectfully submitted this 3${}^{rd}$ day of March, 2008.

KAREN P. HEWITT
United States Attorney

/s/ John Monroe
JOHN R. MONROE
IA Bar No. 0008881
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238
Washington, D.C. 20044
Telephone: 202-307-0638
Fax: 202-514-6770
E-mail: john.r.monroe@usdoj.gov
Attorneys for Plaintiff

/s/ Stephen Feldman
STEPHEN FELDMAN
State Bar Number 65773
LAW OFFICES OF STEPHEN M. FELDMAN, INC.
15915 Ventura Blvd., Suite 201
Encino, CA 91436
Tel.: (818) 907-0334
Fax: (818) 907-9056
ATTORNEY FOR REBECCA TYREE

**Certificate of Service**

I hereby certify that on March 3, 2008, service of the foregoing Notice of and Motion for Default Judgment Against Eagle Financial Services, LLC, and COA Financial Group, LLC, was made by way of the Court's ECF filing system on the following:

Stephen Feldman
Attorney for Defendant Rebecca Tyree

I hereby certify that on March 3, 2008, I served the foregoing Notice of and Motion for Default Judgment Against Eagle Financial Services, LLC, and COA Financial Group, LLC, by first class mail postage prepaid to each entity or person named below at the address stated below for each entity or person:

Roosevelt Kyle
P.O. Box 1503
National City, CA 91951

Eagle Financial Services, LLC
c/o Roosevelt Kyle, Registered Agent
P.O. Box 1503
National City, CA 91951

COA Financial Group, LLC
c/o Roosevelt Kyle, Registered Agent
P.O. Box 1503
National City, CA 91951

/s/ John Monroe
U.S. Department of Justice - Tax Division
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-0638
Facsimile: (202) 514-6770
E-mail: john.r.monroe@usdoj.gov