FILED
08 MAR -6 PM 3:56
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 07-cv-2187-IEG-NLS |
| ROOSEVELT KYLE, individually or d/b/a CENTURY ONE RESORTS, LTD or CENTURY ONE ASSOCIATES; REBECCA TYREE a/k/a/ RUBEE TYREE or RUBY TYREE; COA FINANCIAL GROUP, LLC d/b/a COA FINANCIAL NETWORK TRUST c/o T&N FASHION; and EAGLE FINANCIAL SERVICES, LLC | ) STIPULATED PRELIMINARY INJUNCTION AGAINST DEFENDANT REBECCA TYREE |
| Defendants, | ) |
| ROOSEVELT KYLE, | ) |
| Third-Party Plaintiff | ) |
| v. | ) |
| JOHN R. MONROE, DOES 1 THROUGH 1000 | ) |
| Third-Party Defendants. | ) |

2970554.2

02/15/2008 15:54 FAX                    CTS/CENTRAL-TAX DIV.                    ☒003/005

Plaintiff, United States of America, has filed a Complaint for Permanent Injunction in this matter against Defendant Rebecca Tyree.

Rebecca Tyree consents to entry of this Preliminary Injunction without further notice. Defendant Rebecca Tyree waives the entry of findings of fact and conclusions of law and waives any right she may have to appeal from this Preliminary Injunction.

NOW, THEREFORE, it is accordingly ORDERED, ADJUDGED AND DECREED that:

1. The Court has jurisdiction over this action pursuant to §§ 1340 and 1345 of Title 28 of the United States Code and 26 U.S.C. (I.R.C. or the "Code") §§ 7402, 7407 and 7408.

2. The Court finds that Defendant Rebecca Tyree has consented to the entry of this Preliminary Injunction pursuant to Code §§ 7402, 7407 and 7408 to prevent her from: (1) engaging in conduct subject to penalty under Code §§ 6694, 6695 or 6701; and (2) engaging in conduct that substantially interferes with the administration and enforcement of the internal revenue laws.

3. It is further ORDERED, ADJUDGED and DECREED that Rebecca Tyree, individually and doing business as or through any other entity, and anyone acting in concert with her, is preliminarily enjoined from, directly or indirectly, by the use of any means or instrumentalities:

   (a) Preparing or filing, or assisting in the preparation or filing of federal income tax returns or other related forms in concert with (1) Roosevelt Kyle; (2) any entity Roosevelt Kyle owns or controls, including COA Financial Group, LLC, and Eagle Financial Group, LLC; (3) any current or former agent or employee of COA Financial Group, LLC, and Eagle Financial Group, LLC;

2970554.2

(b)  Engaging in activity subject to penalty under Code §§ 6694, 6695, or 6701, including but not limited to preparing federal income tax returns that contain fabricated or inflated unreimbursed employee business expense deductions and charitable contribution deductions;

(c)  Engaging in other conduct that interferes with the administration or enforcement of the internal revenue laws.

4.  It is further ORDERED, ADJUDGED and DECREED that Rebecca Tyree will not appear or represent others before the Internal Revenue Service;

5.  It is further ORDERED, ADJUDGED and DECREED that Rebecca Tyree shall within 30 days of the entering of this stipulated Preliminary Injunction provide to attorney for the United States, John Monroe, P.O. Box 7238, Ben Franklin Station, Washington, D.C., 20044, the names, telephone numbers, and addresses of all her customers from 2004 to the present;

6.  It is further ORDERED, ADJUDGED and DECREED that Rebecca Tyree shall provide copies of all federal income tax returns that she prepares while this stipulated Preliminary Injunction is in effect to attorney for the United States, John Monroe, P.O. Box 7238, Ben Franklin Station, Washington, D.C., 20044;

7.  It is further ORDERED, ADJUDGED and DECREED that Rebecca Tyree shall, within 30 days after receiving a written request from the United States, provide copies of any other return that she has prepared to the attorney for the United States, John Monroe, P.O. Box 7238, Ben Franklin Station, Washington, D.C., 20044.

2970554.2

SO ORDERED this 5th day of March, 2008.

_____
United States District Judge

Consented to and submitted by:

KAREN P. HEWITT
United States Attorney

Date: 2/24/08  _____
JOHN R. MONROE
IA Bar No: 0008881
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Washington, D.C. 20044
Telephone: (202) 307-0638
ATTORNEYS FOR PLAINTIFF

Date: 2/25/08  _____
STEPHEN FELDMAN
State Bar Number 65773
LAW OFFICES OF STEPHEN M. FELDMAN, INC.
15915 Ventura Blvd., Suite 201
Encino, CA 91436
Tel.: (818) 907-0334
Fax: (818) 907-9056
ATTORNEY FOR REBECCA TYREE

Date: 2/22/08  _____
REBECCA TYREE
DEFENDANT

2970554.2

-4-