# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ROOSEVELT KYLE, individually or d/b/a )<br>CENTURY ONE RESORTS, LTD or )<br>CENTURY ONE ASSOCIATES; REBECCA )<br>TYREE a/k/a RUBEE TYREE or RUBY )<br>TYREE; COA FINANCIAL GROUP, LLC )<br>d/b/a COA FINANCIAL NETWORK )<br>TRUST c/o T&N FASHION; and EAGLE )<br>FINANCIAL SERVICES, LLC, )<br>)<br>Defendants. )<br>_____ ) | Civil No.07cv2187 IEG (NLS)<br><br>**ORDER SETTING SECOND ORDER TO SHOW CAUSE HEARING FOR WHY TERMINATING SANCTIONS SHOULD NOT BE IMPOSED AGAINST DEFENDANT KYLE** |

On February 28, 2008 the Court ordered defendant Roosevelt Kyle to pay monetary sanctions in the amount of $500.00 to the Clerk of Court for his failure to appear at the Early Neutral Evaluation Conference and the first Order to Show Cause (OSC) hearing. Defendant Kyle was ordered to deposit the money by March 10, 2008. The Court warned him that any future disobeyance of its Order(s) could result in the imposition of further sanctions, including default.

Defendant Kyle did not deposit the $500.00 with the Clerk of Court. Therefore, the Court **SETS** a second OSC hearing. Defendant **Roosevelt Kyle shall appear in person** before the Court on ***April 4, 2008 at 10:30 a.m.*** and show cause why default should not be entered against him for failing to comply with this Court's Orders.

Counsel for the United States of America and for Rebecca Tyree may appear by telephone. The

1 | Court will conduct the case management conference directly following the OSC.

2 | **IT IS SO ORDERED.**

3 | DATED: March 14, 2008

*[signature]*
Hon. Nita L. Stormes
U.S. Magistrate Judge