**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ROOSEVELT KYLE, individually or d/b/a )<br>CENTURY ONE RESORTS, LTD or )<br>CENTURY ONE ASSOCIATES; REBECCA )<br>TYREE a/k/a RUBEE TYREE or RUBY )<br>TYREE; COA FINANCIAL GROUP, LLC )<br>d/b/a COA FINANCIAL NETWORK )<br>TRUST c/o T&N FASHION; and EAGLE )<br>FINANCIAL SERVICES, LLC, )<br>)<br>Defendants. )<br>) | Civil No.07cv2187 IEG (NLS)<br><br>**ORDER FOLLOWING SECOND ORDER TO SHOW CAUSE HEARING AND IMPOSING FURTHER MONETARY SANCTIONS AGAINST ROOSEVELT KYLE** |

On April 4, 2008, the Court held a second Order to Show Cause (OSC) hearing to determine why further sanctions should not be imposed for Roosevelt Kyle's failure to pay the Court-ordered $500 in monetary sanctions for his earlier failures to appear and the Early Neutral Evaluation Conference (ENE) and first OSC hearing. Counsel for United States of America, John Monroe, and counsel for defendant Rebecca Tyree, Steven Feldman, appeared by telephone at the OSC.

"Failure of . . . any party to comply with . . . any order of the court may be ground for imposition by the court of any and all sanctions . . . including . . . entry of default . . . [and] imposition of monetary sanctions." Civ. L. R. 83.1(a). For violations of a specific court order, the court may "order that the monetary sanctions be paid to the nonappropriated fund of the court." Civ. L. R. 83.1(b).

/ / /

1  The Court **ORDERS** defendant Roosevelt Kyle to pay an additional monetary sanction of
2  $500.00, so that he must pay a **total amount of $1000.00** to the Clerk of Court for his failures to appear
3  at the ENE and first and second OSC hearings, and for his failure to pay the initial monetary sanction.
4  The Clerk shall deposit the amount in the Court's nonappropriated fund.  Defendant Kyle shall deposit
5  the $1000.00 by *__April 18, 2008__*.
6  Further, at the OSC the Court informed Plaintiff that it could file a motion to impose further
7  sanctions, such as terminating sanctions, with the district judge.
8  **IT IS SO ORDERED.**
9  DATED: April 4, 2008

Hon. Nita L. Stormes
U.S. Magistrate Judge