|   |   |
|---|---|
| 1 | KAREN P. HEWITT<br>United States Attorney |
| 2 | |
| 3 | JOHN R. MONROE<br>IA Bar No. 0008881<br>Trial Attorney, Tax Division |
| 4 | U.S. Department of Justice<br>P.O. Box 7238 |
| 5 | Washington, DC  20044<br>Telephone: 202-307-0638 |
| 6 | Facsimile: 202-514-6770<br>john.r.monroe@usdoj.gov |
| 7 | |

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 07-cv-2187-IEG-NLS |
| ROOSEVELT KYLE, individually or<br>d/b/a CENTURY ONE RESORTS, LTD<br>or CENTURY ONE ASSOCIATES;<br>REBECCA TYREE a/k/a/ RUBEE TYREE<br>or RUBY TYREE;<br>COA FINANCIAL GROUP, LLC d/b/a COA<br>FINANCIAL NETWORK TRUST c/o T&N<br>FASHION;<br>and<br>EAGLE FINANCIAL SERVICES, LLC | ) | **NOTICE OF MOTION AND<br>MOTION FOR DEFAULT<br>JUDGMENT AS A SANCTION AGAINST<br>ROOSEVELT KYLE**<br><br>Oral Argument Not Required |
| Defendants. | ) | DATE: June 2, 2008<br>TIME: 10:30 a.m.<br>COURTROOM: 1 |
| ROOSEVELT KYLE, | ) | Hon. Irma E. Gonzalez |
| Third-Party Plaintiff, | ) | |
| v. | ) | |
| JOHN R. MONROE;<br>DOES 1 THROUGH 1000, | ) | |
| Third-Party Defendants. | ) | |

TO: DEFENDANTS

PLEASE TAKE NOTICE that on June 2, 2008, at 10:30 a.m., or as soon thereafter as counsel may be heard, in the Courtroom of the Honorable Irma E. Gonzalez, the United States,

Case No. 07-cv-2187      3200731.1

through its attorney of record, John Monroe, Trial Attorney, United States Department of Justice, Tax Division, will, and now does move under Federal Rules of Civil Procedure 16(f) and 37(b)(2)(A)(vi) for default judgment as a sanction against Roosevelt Kyle ("Kyle").

Kyle has repeatedly failed to comply with the court's scheduling and pre-trial orders. Despite proper notice, Kyle failed to appear at a court-ordered Early Neutral Evaluation Conference on February 11, 2008 (Doc. No. 24), he failed to appear at an Order to Show Cause Hearing on February 28, 2008 (Doc. No. 28), and he failed appear for a Second Order to Show Cause Hearing on April 4, 2008 (Doc. No. 34).  In light of Kyle's repeated failure to comply with any of the court's scheduling and pre-trial orders, the Court should grant the United States' motion for default judgment.

As provided for in LCvR 7.1(f)(1), the grounds for this motion are more fully set forth in the attached memorandum of points and authorities.

Respectfully submitted this 25th day of April, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ John Monroe
JOHN R. MONROE
IA Bar No. 0008881
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238
Washington, D.C. 20044
Telephone: 202-307-0638
Fax: 202-514-6770
E-mail: john.r.monroe@usdoj.gov
Attorneys for Plaintiff

**Certificate of Service**

I hereby certify that on April 25, 2008, service of the foregoing Notice of and Motion for Default Judgment as a Sanction Against Roosevelt Kyle, was made by way of the Court's ECF filing system on the following:

Stephen Feldman
Attorney for Defendant Rebecca Tyree

I hereby certify that on April 25, 2008, I served the foregoing Notice of and Motion for Default Judgment as a Sanction Against Roosevelt Kyle, by first class mail postage prepaid to each entity or person named below at the address stated below for each entity or person:

Roosevelt Kyle
P.O. Box 1503
National City, CA 91951

Eagle Financial Services, LLC
c/o Roosevelt Kyle, Registered Agent
P.O. Box 1503
National City, CA 91951

COA Financial Group, LLC
c/o Roosevelt Kyle, Registered Agent
P.O. Box 1503
National City, CA 91951

/s/ John Monroe
U.S. Department of Justice - Tax Division
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-0638
Facsimile: (202) 514-6770
E-mail: john.r.monroe@usdoj.gov