KAREN P. HEWITT
United States Attorney

JOHN R. MONROE
IA Bar No. 0008881
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238
Washington, DC  20044
Telephone: 202-307-0638
Facsimile: 202-514-6770
john.r.monroe@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROOSEVELT KYLE, individually or d/b/a CENTURY ONE RESORTS, LTD or CENTURY ONE ASSOCIATES; REBECCA TYREE a/k/a/ RUBEE TYREE or RUBY TYREE; COA FINANCIAL GROUP, LLC d/b/a COA FINANCIAL NETWORK TRUST c/o T&N FASHION; and EAGLE FINANCIAL SERVICES, LLC<br><br>Defendants. | Case No. 07-cv-2187-IEG-NLS<br><br>**DECLARATION OF JOHN MONROE IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT AS A SANCTION AGAINST ROOSEVELT KYLE** |

I, John Monroe, pursuant to 28 U.S.C. § 1746, declare and state as follows:

1. I am a trial attorney with the Tax Division of the Department of Justice. I am over 18 years of age and am competent to testify to the facts stated below.

2. On February 6, 2008, February 8, 2008, and February 11, 2008, I called Roosevelt Kyle at his last known telephone number, 619-702-7406. On these dates, I left voicemail messages for Mr. Kyle requesting his cooperation in making arrangements for his participation in the telephonic Early Neutral Evaluation Conference set for February 11, 2008.

3. Mr. Kyle did not respond to my messages and phone calls.

4. On February 14, 2008, I sent to Mr. Kyle via U.S. Express Mail a copy of the Court's Order

3203663.1

issued on February 11, 2008 (Doc. No. 25) and a letter requesting Mr. Kyle's cooperation in conducting a Rule 26(f) conference and drafting a Joint Discovery Plan. A true and accurate copy of this letter is attached to this declaration as Exhibit A.

5. Mr. Kyle did not respond to my letter sent on February 14, 2008.

6. I received confirmation from the United States Postal Service that on February 15, 2008, Mr. Kyle received my letter. A true and accurate copy of the proof of delivery that I received from the United States Postal Service is attached to this declaration as Exhibit B.

7. According to Notices of Electronic Filing, issued by the Court, copies of the Court's Orders (Doc. Nos. 17, 25, 30, 33, and 35) were delivered to Mr. Kyle. A true and accurate copy of the Notices of Electronic Filling for Document Numbers 17, 25, 30, 33, and 35 are attached to this declaration as Exhibits C-G.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 25, 2008

John R. Monroe
Trial Attorney
Department of Justice - Tax Division

Case No. 07-cv-2187    3203663.1