

**U.S. Department of Justice**

**Tax Division**

*Facsimile No. (202) 514-6770*
*Trial Attorney: John R. Monroe*
*Attorney's Direct Line: (202) 307-0638*

*Please reply to:* Civil Trial Section, Central Region
P.O. Box 7238
Ben Franklin Station
Washington, D.C. 20044

RTM:SGH:Monroe
5-21-12884
CMN2007101350

February 14, 2008

Via U.S. Express Mail

Roosevelt Kyle
P.O. Box 1503
National City, CA 91951

Exhibit A

Re:   *United States v. Kyle*, et al
      Case No. 07-cv-2187 (S.D. Cal.)

Dear Mr. Kyle:

Pursuant to the Court's Order on February 11, 2008 (a copy is enclosed with this letter), we are required to conduct a Rule 26(f) conference on or before March 6, 2008. At the Rule 26(f) we will discuss the following topics: the timing of initial disclosures under Rule 26(a)(1), the subjects on which discovery may be needed, and when discovery should be completed.

After the Rule 26(f) conference we are required to submit a Joint Discovery Plan to Magistrate Judge Storms on or before March 17, 2008.

I propose that we conduct our Rule 26(f) conference on **February 21, 2008** via telephone. Please call me at 202-307-0638 to confirm that you will be available on February 21, 2008 for our Rule 26(f) conference.

Sincerely yours,

JOHN R. MONROE
Trial Attorney
United States Department of Justice
Civil Tax Division - Central Trial Section

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>ROOSEVELT KYLE, individually or d/b/a CENTURY ONE RESORTS, LTD or CENTURY ONE ASSOCIATES; REBECCA TYREE a/k/a RUBEE TYREE or RUBY TYREE; COA FINANCIAL GROUP, LLC d/b/a COA FINANCIAL NETWORK TRUST c/o T&N FASHION; and EAGLE FINANCIAL SERVICES, LLC,<br><br>    Defendants. | Civil No.07cv2187 IEG (NLS)<br><br>ORDER SETTING:<br>(1) ORDER TO SHOW CAUSE HEARING FOR DEFENDANT KYLE;<br>(2) RULE 26 COMPLIANCE; and<br>(2) *TELEPHONIC* CASE MANAGEMENT CONFERENCE. |

On February 11, 2008, the Court convened an Early Neutral Evaluation Conference (ENE) in this action. John Monroe appeared for Plaintiff. Stephen Feldman appeared for defendant Rebecca Tyree. Defendant Roosevelt Kyle did not appear. The case did not settle. The Court discussed Mr. Kyle's failure to appear and compliance with Federal Rule of Civil Procedure 26. The Court now **ORDERS**:

    1.    Defendant **Roosevelt Kyle shall appear in person** before the Court on *__February 28, 2008 at 11:00 a.m.__* and show cause why sanctions should not be imposed for failing to appear at the ENE as required by the Court's January 7, 2008 Order.

    2.    Counsel or parties representing themselves are ordered to appear **telephonically** on *__March 28, 2008 at 10:30 a.m.__* before Magistrate Judge Stormes for a Case Management Conference

1 | pursuant to Federal Rule of Civil Procedure 16(b). Plaintiff's counsel shall initiate the telephonic
2 | conference.
3 |     2.    The Rule 26(f) conference shall be completed on or before **March 6, 2008**.
4 |     3.    A Joint Discovery Plan shall be lodged with Magistrate Judge Stormes on or before
5 | **March 17, 2008**. (The date and time for the CMC should be included in the caption of the Joint
6 | Discovery Plan.)
7 |     4.    The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur on or before
8 | **March 20, 2008**.
9 | Plaintiff's counsel shall serve a copy of this order on all parties that enter this case hereafter.
10 | Each responsible attorney of record and all parties representing themselves shall participate in the
11 | conference. Represented parties need not participate.
12 | Failure of any counsel or party to comply with this order will result in sanctions.
13 | **IT IS SO ORDERED.**
14 | DATED: February 11, 2008

Hon. Nita L. Stormes
U.S. Magistrate Judge

Exhibits A-G


**UNITED STATES POSTAL SERVICE**

<mark>Exhibit B</mark>

Date: 02/16/2008

John Monroe:

The following is in response to your 02/16/2008 request for delivery information on your Express Mail item number EU58 6970 516U S. The delivery record shows that this item was delivered on 02/15/2008 at 03:37 PM in NATIONAL CITY, CA 91950 to R KYLE. The scanned image of the recipient information is provided below.

Signature of Recipient: *Roosevelt Kyle / Roosevelt Kyle*

Address of Recipient: *P.O. Box 1503, National City, CA 91950*

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service

Exhibits A-G
4

**Monroe, John R. (TAX)**

---

**From:** efile_information@casd.uscourts.gov
**Sent:** Monday, January 07, 2008 5:17 PM
**To:** casd.uscourts.gov@casd.uscourts.gov
**Subject:** Activity in Case 3:07-cv-02187-IEG-NLS United States of America v. Kyle et al Order

Exhibit C

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

Southern District of California

**Notice of Electronic Filing**

The following transaction was entered on 1/7/2008 at 2:17 PM PST and filed on 1/7/2008
**Case Name:** United States of America v. Kyle et al
**Case Number:** 3:07-cv-2187
**Filer:**
**Document Number:** 17

**Docket Text:**
NOTICE AND ORDER Setting ENE Conference. Telephonic Early Neutral Evaluation Conference set for 2/11/2008 10:30 AM in Courtroom F before Magistrate Judge Nita L. Stormes. Signed by Magistrate Judge Nita L. Stormes on 1/7/2008. (jah)


**3:07-cv-2187 Notice has been electronically mailed to:**
Thomas C Stahl   Thomas.Stahl@usdoj.gov, efile.dkt.civ@usdoj.gov
John R. Monroe   john.r.monroe@usdoj.gov, central.taxcivil@usdoj.gov

**3:07-cv-2187 Notice has been delivered by other means to:**

Roosevelt Kyle
P.O . Box 1503
National City, CA 91951

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=1/7/2008] [FileNumber=2350978-0]
[145bea32f0423701b8a21f39240675b09fc391725e7a73cd39c6e2599d8cd459d7d8
02bfbf22ded5a3e53e6d6b322d4a722917fbce4c97020cc37d537e57dbd7]]

4/15/2008

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

Southern District of California



## Notice of Electronic Filing

The following transaction was entered on 2/11/2008 at 11:45 AM PST and filed on 2/11/2008
**Case Name:**         United States of America v. Kyle et al
**Case Number:**       3:07-cv-2187
**Filer:**
**Document Number:** 25

**Docket Text:**
ORDER Setting Order to Show Cause. ENE Conference was held on 2/11/2008. Dft Roosevelt Kyle ordered to appear at Order to Show Cause Hearing set for 2/28/2008 11:00 AM in Courtroom F before Magistrate Judge Nita L. Stormes. Telephonic Case Management Conference set for 3/28/2008 10:30 AM in Courtroom F before Magistrate Judge Nita L. Stormes.Rule 26(f) Conference shall be completed by 3/6/2008. Joint Discovery Plan shall be lodged by 3/17/2008. Signed by Magistrate Judge Nita L. Stormes on 2/11/2008. (jah)


**3:07-cv-2187 Notice has been electronically mailed to:**
Thomas C Stahl  Thomas.Stahl@usdoj.gov, efile.dkt.civ@usdoj.gov
John R. Monroe  john.r.monroe@usdoj.gov, central.taxcivil@usdoj.gov
Stephen Mark Feldman  SmfKef@aol.com

**3:07-cv-2187 Notice has been delivered by other means to:**

Roosevelt Kyle
P.O . Box 1503
National City, CA 91951

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=2/11/2008] [FileNumber=2413056-0
] [62247e61d362488e7202aad539b528eb9f9085285ef6b0184b6d3498d64b25a7173
91637b4843f7ba9d77b3b0d98932035b292c9abb5620112d3b6d3d8dc224c]]

**Monroe, John R. (TAX)**

**From:** efile_information@casd.uscourts.gov
**Sent:** Thursday, February 28, 2008 6:03 PM
**To:** casd.uscourts.gov@casd.uscourts.gov
**Subject:** Activity in Case 3:07-cv-02187-IEG-NLS United States of America v. Kyle et al Order

Exhibit E

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

U.S. District Court

Southern District of California

**Notice of Electronic Filing**

The following transaction was entered on 2/28/2008 at 3:03 PM PST and filed on 2/28/2008
**Case Name:**      United States of America v. Kyle et al
**Case Number:**    3:07-cv-2187
**Filer:**
**Document Number:** 30

**Docket Text:**
ORDER imposing monetary sanctions on Defendant Roosevelt Kyle in the amount of $500.00. Signed by Judge Nita L. Stormes on 02/27/08. (jpp)


**3:07-cv-2187 Notice has been electronically mailed to:**
Thomas C Stahl  Thomas.Stahl@usdoj.gov, efile.dkt.civ@usdoj.gov
John R. Monroe  john.r.monroe@usdoj.gov, central.taxcivil@usdoj.gov
Stephen Mark Feldman  SmfKef@aol.com

**3:07-cv-2187 Notice has been delivered by other means to:**

Roosevelt Kyle
P.O . Box 1503
National City, CA 91951

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=2/28/2008] [FileNumber=2447390-0
] [3d4845d6cf4c2640e6a0bd046d2499f7ba6040e6c8609f51c9d35b13ee4148fae0e
386ad3129168765b0fa04f835d9eabd8bd7c723c858c4bda0c81d50cd5ccc]]

4/15/2008

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

Southern District of California



Exhibit F

**Notice of Electronic Filing**

The following transaction was entered on 3/14/2008 at 1:13 PM PDT and filed on 3/14/2008
**Case Name:**           United States of America v. Kyle et al
**Case Number:**         3:07-cv-2187
**Filer:**
**Document Number:** 33

**Docket Text:**
ORDER SETTING SECOND ORDER TO SHOW CAUSE. Dft Kyle ordered to show cause why default should not be entered against him for failing to comply w/ Court's 2/28/2008 Order to pay monetary sanctions in the amount of $500. Order to Show Cause Hearing set for 4/4/2008 10:30 AM in Courtroom F before Magistrate Judge Nita L. Stormes. Signed by Magistrate Judge Nita L. Stormes on 3/14/2008. (jah)


**3:07-cv-2187 Notice has been electronically mailed to:**
Thomas C Stahl   Thomas.Stahl@usdoj.gov, efile.dkt.civ@usdoj.gov
John R. Monroe   john.r.monroe@usdoj.gov, central.taxcivil@usdoj.gov
Stephen Mark Feldman   SmfKef@aol.com

**3:07-cv-2187 Notice has been delivered by other means to:**

Roosevelt Kyle
P.O . Box 1503
National City, CA 91951

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=3/14/2008] [FileNumber=2477620-0
] [a8e29b2753ca0c859e8df013121e5054039911bca79c36bd8887608c38dd7752727
f3c7b9a3c3dc4b2e8994761964b1b3c95e8d0290fc14344513804868cdc85]]

Exhibits A-G
8

4/15/2008

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

Southern District of California



Exhibit G

**Notice of Electronic Filing**

The following transaction was entered on 4/4/2008 at 1:47 PM PDT and filed on 4/4/2008
**Case Name:**      United States of America v. Kyle et al
**Case Number:**    3:07-cv-2187
**Filer:**
**Document Number:** 35

**Docket Text:**
ORDER Following Second Order to Cause Hearing. Signed by Magistrate Judge Nita L. Stormes on 4/4/2008. Dft Roosevelt Kyle to pay additional monetary sanction of $500.00, for a total of $1000.00 to Clerk of Court for failure to appear at the ENE and the first and second OSC hearings. Dft Kyle shall deposit the $1000.00 by 4/18/2008. (jah)


**3:07-cv-2187 Notice has been electronically mailed to:**
Thomas C Stahl   Thomas.Stahl@usdoj.gov, efile.dkt.civ@usdoj.gov
John R. Monroe   john.r.monroe@usdoj.gov, central.taxcivil@usdoj.gov
Stephen Mark Feldman   SmfKef@aol.com

**3:07-cv-2187 Notice has been delivered by other means to:**

Roosevelt Kyle
P.O . Box 1503
National City, CA 91951

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=4/4/2008] [FileNumber=2518385-0]
[70078600b93caabe888b1e915f35ac110dcc9d6ebd43ea9d97d29663e9ae40551ec9
821e192abaaad15747231cd31216814f966d202ead5b944b24ef7b27f7bf]]

Exhibits A-G
9

4/15/2008