1   KAREN P. HEWITT
    United States Attorney
2
    JOHN R. MONROE
3   IA Bar No. 0008881
    Trial Attorney, Tax Division
4   U.S. Department of Justice
    P.O. Box 7238
5   Washington, DC 20044
    Telephone: 202-307-0638
6   Facsimile: 202-514-6770
    john.r.monroe@usdoj.gov
7
                    IN THE UNITED STATES DISTRICT COURT FOR THE
8                       SOUTHERN DISTRICT OF CALIFORNIA

9   UNITED STATES OF AMERICA,              )
                                           )
10                  Plaintiff,             )
                                           )
11          v.                             )   Case No. 07-cv-2187-IEG-NLS
                                           )
12  ROOSEVELT KYLE, individually or        )
    d/b/a CENTURY ONE RESORTS, LTD         )   **DECLARATION OF**
13  or CENTURY ONE ASSOCIATES;             )   **GEORGE LEE**
    REBECCA TYREE a/k/a/ RUBEE TYREE       )
14  or RUBY TYREE;                         )
    COA FINANCIAL GROUP, LLC d/b/a COA     )
15  FINANCIAL NETWORK TRUST c/o T&N        )
    FASHION;                               )
16  and                                    )
    EAGLE FINANCIAL SERVICES, LLC          )
17                                         )
                    Defendants.            )
18

19          I, George Lee, pursuant to 28 U.S.C. § 1746, declare and state as follows:

20  1.      I am a Revenue Agent employed with the Internal Revenue Service. I am over 18 years of

21          age and am competent to testify to the facts stated below.

22  2.      On February 26, 2008, I personally served a copy of the attached order of preliminary

23          injunction (marked as Exhibit A) on Roosevelt Kyle outside of his home.

24

25

26

27

28                                                                          3271902.1

1    I declare under penalty of perjury that the foregoing is true and correct.

2         Dated: 05/13/08

3

4                                                    _____
                                                     GEORGE LEE
5                                                    Internal Revenue Service

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                                   Case No. 07-cv-2187   2271902.1

**Certificate of Service**

I hereby certify that on May 28, 2008, service of the foregoing Declaration of George Lee,

was made by way of the Court's ECF filing system on the following:


Stephen Feldman
Attorney for Defendant Rebecca Tyree

I hereby certify that on May 28, 2008, I served the foregoing Declaration of George Lee,

by first class mail postage prepaid to each entity or person named below at the address stated

below for each entity or person:


Roosevelt Kyle
P.O. Box 1503
National City, CA 91951

Eagle Financial Services, LLC
c/o Roosevelt Kyle, Registered Agent
P.O. Box 1503
National City, CA 91951


COA Financial Group, LLC
c/o Roosevelt Kyle, Registered Agent
P.O. Box 1503
National City, CA 91951

/s/ John Monroe
U.S. Department of Justice - Tax Division
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-0638
Facsimile: (202) 514-6770
E-mail: john.r.monroe@usdoj.gov

3310561.1