1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **SOUTHERN DISTRICT OF CALIFORNIA**

10

11   UNITED STATES OF AMERICA                     CASE NO. 07CV2187  IEG (NLS)

12                               Plaintiff,       **ORDER GRANTING PLAINTIFF'S**
                 vs.                             **MOTION FOR DEFAULT**
13                                                **AGAINST ROOSEVELT KYLE**
                                                  **(Doc. No. 38)**
14   ROOSEVELT KYLE, individually or d/b/a
     CENTURY ONE RESORTS, LTD or
     CENTURY ONE ASSOCIATES; REBECCA
15   TYREE a/k/a/ RUBEE TYREE or RUBY
     TYREE; COA FINANCIAL GROUP, LLC
16   d/b/a COA FINANCIAL NETWORK
     TRUST c/o T&N FASHION; and EAGLE
17   FINANCIAL SERVICES, LLC

18                               Defendants.

19

20        Presently before the Court is Plaintiff's Motion For Default Judgement Against Roosevelt

21   Kyle.

22        On November 15, 2007, the United States filed a complaint against Roosevelt Kyle seeking

23   to enjoin him from preparing tax returns for others.  On December 21, 2007, Kyle filed an Answer.

24   However, since that time, Kyle has repeatedly failed to comply with the court's scheduling and

25   pre-trial orders and has failed to appear at several noticed hearings.

26        Federal Rule of Civil Procedure 16 permits the imposition of sanctions described in Rule

27   37(b)(2)(A)(ii)-(vii) against a party who (1) fails to appear at a scheduling or other pretrial

28   conference; (2) fails to obey a scheduling or other pretrial order.  Fed. R. Civ. P. 16(f)(1).  One of

the sanctions permitted under Rule 37(b)(2)(A)(vi) is "rendering a default judgment against the disobedient party." Because a default judgment is a drastic sanction, it may only be imposed if there is willfulness, fault, or bad faith. <u>Sigliano v. Mendoza</u>, 642 F.2d 309, 310 (9th Cir. 1981).

Kyle was warned by orders entered on February 28, 2008 (Doc. No. 30) and on March 14, 2008 (Doc. No. 33) of the possibility of terminating sanctions and was given an opportunity to appear to show cause for his non-compliance . Kyle failed to appear, thus demonstrating a willful disregard for this Court's authority.

Accordingly, default judgment is entered against Kyle.

**IT IS SO ORDERED.**

**DATED:  July 11, 2008**

**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**