1  KAREN P. HEWITT
   United States Attorney
2
   JOHN R. MONROE
3  IA Bar No. 0008881
   Trial Attorney, Tax Division
4  U.S. Department of Justice
   P.O. Box 7238
5  Washington, DC  20044
   Telephone: 202-307-0638
6  Facsimile: 202-514-6770
   john.r.monroe@usdoj.gov
7
                    IN THE UNITED STATES DISTRICT COURT FOR THE
8                         SOUTHERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,           )
                                       )
10                Plaintiff,            )
                                       )
11        v.                            )   Case No. 07-cv-2187-IEG-NLS
                                       )
12 ROOSEVELT KYLE, individually or     )
   d/b/a CENTURY ONE RESORTS, LTD     )   **NOTICE OF MOTION AND**
13 or CENTURY ONE ASSOCIATES;          )   **MOTION TO ALTER OR AMEND**
   REBECCA TYREE a/k/a/ RUBEE TYREE   )   **JUDGMENT AGAINST**
14 or RUBY TYREE;                      )   **ROOSEVELT KYLE**
   COA FINANCIAL GROUP, LLC d/b/a COA )
15 FINANCIAL NETWORK TRUST c/o T&N    )
   FASHION;                            )
16 and                                 )
   EAGLE FINANCIAL SERVICES, LLC      )   Oral Argument Not Required
17                                     )
                  Defendants.           )   DATE: September 22, 2008
18 _____)   TIME: 10:30 a.m.
                                       )   COURTROOM: 1
19 ROOSEVELT KYLE,                     )
                                       )   Hon. Irma E. Gonzalez
20                Third-Party Plaintiff, )
                                       )
21        v.                            )
                                       )
22 JOHN R. MONROE;                     )
   DOES 1 THROUGH 1000,               )
23                                     )
                  Third-Party Defendants. )
24

25        TO: DEFENDANTS

26        PLEASE TAKE NOTICE that on September 22, 2008, at 10:30 a.m., or as soon

27 thereafter as counsel may be heard, in the Courtroom of the Honorable Irma E. Gonzalez, the

28                                                          Case No. 07-cv-2187   3438557.1

1  United States, through its attorney of record, John Monroe, Trial Attorney, United States
2  Department of Justice, Tax Division, will, and now does move, pursuant to Fed. R. Civ. P. 59(e)
3  for the Court to enter a Permanent Injunction Order in substantially the same form as the
4  proposed order submitted with this motion.
5      As provided for in LCvR 7.1(f)(1), the grounds for this motion are more fully set forth in
6  the attached memorandum of points and authorities.  In addition, a proposed form of permanent
7  injunction will be submitted to the Court pursuant to ECF Administrative Policies and
8  Procedures § 2.h.
9      Respectfully submitted this 18th day of July 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ John Monroe
JOHN R. MONROE
IA Bar No. 0008881
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238
Washington, D.C. 20044
Telephone: 202-307-0638
Fax: 202-514-6770
E-mail: john.r.monroe@usdoj.gov
Attorneys for Plaintiff

**Certificate of Service**

I hereby certify that on July 18, 2008, service of the foregoing Notice of and Motion to Alter or Amend Judgment Against Roosevelt Kyle, was made by way of the Court's ECF filing system on the following:

Stephen Feldman
Attorney for Defendant Rebecca Tyree

I hereby certify that on July 18, 2008, I served the foregoing Notice of and Motion to Alter or Amend Judgment Against Roosevelt Kyle, by first class mail postage prepaid to each entity or person named below at the address stated below for each entity or person:

Roosevelt Kyle
P.O. Box 1503
National City, CA 91951

Eagle Financial Services, LLC
c/o Roosevelt Kyle, Registered Agent
P.O. Box 1503
National City, CA 91951

COA Financial Group, LLC
c/o Roosevelt Kyle, Registered Agent
P.O. Box 1503
National City, CA 91951

/s/ John Monroe
U.S. Department of Justice - Tax Division
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-0638
Facsimile: (202) 514-6770
E-mail: john.r.monroe@usdoj.gov