KAREN P. HEWITT
United States Attorney

JOHN R. MONROE
IA Bar No. 0008881
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238
Washington, DC  20044
Telephone: 202-307-0638
Facsimile: 202-514-6770
john.r.monroe@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 07-cv-2187-IEG-NLS |
| | ) |
| ROOSEVELT KYLE, individually or | ) |
| d/b/a CENTURY ONE RESORTS, LTD | ) **MEMORANDUM OF POINTS** |
| or CENTURY ONE ASSOCIATES; | ) **AND AUTHORITIES IN SUPPORT** |
| REBECCA TYREE a/k/a/ RUBEE TYREE | ) **OF UNITED STATES' MOTION TO** |
| or RUBY TYREE; | ) **ALTER OR AMENT JUDGMENT** |
| COA FINANCIAL GROUP, LLC d/b/a COA | ) **AGAINST ROOSEVELT KYLE** |
| FINANCIAL NETWORK TRUST c/o T&N | ) |
| FASHION; | ) |
| and | ) |
| EAGLE FINANCIAL SERVICES, LLC | ) |
| | ) |
| Defendants. | ) |
| ———————————————————— | ) |
| ROOSEVELT KYLE, | ) |
| | ) |
| Third-Party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JOHN R. MONROE; | ) |
| DOES 1 THROUGH 1000, | ) |
| | ) |
| Third-Party Defendants. | ) |

On July 11, 2008, this Court granted the United States' motion for default judgment as a sanction against Roosevelt Kyle. (Order, Doc. No. 42).  The United States' moves to alter or amend the Court's Order (Doc. No. 42) to make the terms of the permanent injunction (as

Case No. 07-cv-2187      3439070.1

1  outlined in the United States' complaint and this Court's preliminary injunction) clear to Kyle.

2      Federal Rule of Civil Procedure 65(d) requires that an injunction "state its terms

3  specifically" and "describe in reasonable detail the act or acts restrained or required." Fed. R.

4  Civ. P. 65(d)(1)(B) and (C). The language of injunctions, therefore, must be "reasonably clear so

5  that ordinary persons will know precisely what action is proscribed."[1]  The policy behind the rule

6  is "to prevent uncertainty and confusion on the part of those faced with injunctive orders, and to

7  avoid the possible founding of a contempt citation too vague to be understood."[2]  Injunctions

8  must also be specific about what is prohibited or restrained because "all ambiguities are resolved

9  in favor of the person subject to the injunction."[3]

10      For the reasons set forth above, this Court's Order Granting Plaintiff's Motion for Default

11  Judgment against Roosevelt Kyle (Doc. No. 42) should be amended to explicitly prohibit Kyle,

12  both individually and doing business as Century One Resorts, Ltd. or Century One Associates:

13      A.  From acting as an income tax return preparer and from preparing or filing federal tax

14  returns for others, and from representing others before the IRS;

15      B.  From directly or indirectly:

16          (1)  Preparing or filing, or assisting in, or directing the preparation or filing of

17              any federal tax return or amended return or other related documents or

18              forms for any other person or entity;

19          (2)  Engaging in any activity subject to penalty under I.R.C. §§ 6694 or 6695;

20          (3)  Engaging in other conduct that substantially interferes with the proper

21              administration and enforcement of the internal revenue laws;

22          (4)  Engaging in any other activity subject to penalty under the I.R.C.; and

23          (5)  Representing persons before the Internal Revenue Service.

24

25      [1] *United States v. Holtzman*, 762 F.2d 720, 726 (9th Cir. 1985).

26      [2] *Schmidt v. Lessard*, 414 U.S. 473, 476 (1974).

27      [3] *United States v. Holtzman*, 762 F.2d at 726.

28

Case No. 07-cv-2187    3439070.1

C.  Order Roosevelt Kyle to contact all persons from whom he prepared or assisted in preparing a federal income tax return after January 1, 2004, and inform those persons of the entry of the Court's findings, the possibility of the imposition of penalties against him, the possibility that the United States may seek to assess and collect any federal income taxes, interest, and penalties against customers that customers may owe, and the entry of a permanent injunction against Roosevelt Kyle;

D.  Order Roosevelt Kyle to serve upon the government a complete list of persons (including names, address, phone numbers, and social security numbers) for whom he prepared or assisted in the preparation of a federal income tax return after January 1, 2004; and

E.  Order that the United States is permitted to engage in post-judgment discovery to ensure compliance with the permanent injunction.

A proposed order reflecting the proposed changes will be submitted to the Court in according with ECF Administrative Policies and Procedures § 2.h.

Respectfully submitted this 18th day of July 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ John Monroe
JOHN R. MONROE
IA Bar No. 0008881
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238
Washington, D.C. 20044
Telephone: 202-307-0638
Fax: 202-514-6770
E-mail: john.r.monroe@usdoj.gov
Attorneys for Plaintiff

3439070.1

**<u>Certificate of Service</u>**

I hereby certify that on July 18, 2008, service of the foregoing Memorandum of Points and Authorities in Support of United States' Motion to Alter or Amend Judgment Against Roosevelt Kyle, was made by way of the Court's ECF filing system on the following:

Stephen Feldman
Attorney for Defendant Rebecca Tyree

I hereby certify that on July 18, 2008, I served the foregoing Memorandum of Points and Authorities in Support of United States' Motion to Alter or Amend Judgment Against Roosevelt Kyle, by first class mail postage prepaid to each entity or person named below at the address stated below for each entity or person:

Roosevelt Kyle
P.O. Box 1503
National City, CA 91951

Eagle Financial Services, LLC
c/o Roosevelt Kyle, Registered Agent
P.O. Box 1503
National City, CA 91951

COA Financial Group, LLC
c/o Roosevelt Kyle, Registered Agent
P.O. Box 1503
National City, CA 91951

/s/ John Monroe
U.S. Department of Justice - Tax Division
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-0638
Facsimile: (202) 514-6770
E-mail: john.r.monroe@usdoj.gov

Case No. 07-cv-2187

3439070.1