# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NO. 07CV2187 IEG (NLS) |
|---|---|
| Plaintiff, | **RESETTING MOTION HEARING DATE** |
| vs. | |
| ROOSEVELT KYLE, individually or d/b/a CENTURY ONE RESORTS, LTD or CENTURY ONE ASSOCIATES; REBECCA TYREE a/k/a/ RUBEE TYREE or RUBY TYREE; COA FINANCIAL GROUP, LLC d/b/a COA FINANCIAL NETWORK TRUST c/o T&N FASHION; and EAGLE FINANCIAL SERVICES, LLC | |
| Defendants. | |

The motion hearing on Plaintiff's Motion to Amend the Judgment currently set for Monday, September 22, 2008 at 10:30 a.m. is RESET for Monday, September 15, 2008 at 10:30 a.m.

**IT IS SO ORDERED.**

**DATED: July 24, 2008**

_____
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**

- 1 -