```
1    KAREN P. HEWITT
     United States Attorney
2
     JOHN R. MONROE
3    IA Bar No. 0008881
     Trial Attorney, Tax Division
4    U.S. Department of Justice
     P.O. Box 7238
5    Washington, DC  20044
     Telephone: 202-307-0638
6    Facsimile: 202-514-6770
     john.r.monroe@usdoj.gov
7
                    IN THE UNITED STATES DISTRICT COURT FOR THE
8                        SOUTHERN DISTRICT OF CALIFORNIA

9    UNITED STATES OF AMERICA,         )
                                       )
10                 Plaintiff,          )
                                       )
11         v.                          )   Case No. 07-cv-2187-IEG-NLS
                                       )
12   ROOSEVELT KYLE, individually or   )
     d/b/a CENTURY ONE RESORTS, LTD    )   JOINT MOTION FOR
13   or CENTURY ONE ASSOCIATES;        )   ENTRY OF STIPULATED JUDGMENT
     REBECCA TYREE a/k/a/ RUBEE TYREE  )   OF PERMANENT INJUNCTION
14   or RUBY TYREE;                    )   AGAINST REBECCA TYREE
     COA FINANCIAL GROUP, LLC d/b/a COA)
15   FINANCIAL NETWORK TRUST c/o T&N   )
     FASHION;                          )
16   and                               )
     EAGLE FINANCIAL SERVICES, LLC     )
17                                     )
                   Defendants.         )
18   _____)
                                       )
19   ROOSEVELT KYLE,                   )
                                       )
20              Third-Party Plaintiff, )
                                       )
21         v.                          )
                                       )
22   JOHN R. MONROE;                   )
     DOES 1 THROUGH 1000,              )
23                                     )
                Third-Party Defendants.)
24
```

   Pursuant to Local Rule 7.2, the United States and Defendant Rebecca Tyree, jointly move for entry of a stipulated permanent injunction against Rebecca Tyree.

   The agreed upon form for a permanent injunction against Rebecca Tyree will be

Case No. 07-cv-2187                                                    3596756.1

1  submitted to the Court pursuant to ECF Administrative Policies and Procedures § 2.h.

2      Respectfully submitted this 19th day of September, 2008.

4      KAREN P. HEWITT
    United States Attorney

    /s/ John Monroe
6      JOHN R. MONROE
    IA Bar No. 0008881
7      Trial Attorney, Tax Division
    U.S. Department of Justice
8      P.O. Box 7238
    Washington, D.C. 20044
9      Telephone: 202-307-0638
    Fax: 202-514-6770
10     E-mail: john.r.monroe@usdoj.gov
    Attorneys for Plaintiff

    /s/ Stephen Feldman
12     STEPHEN FELDMAN
    State Bar Number 65773
13     LAW OFFICES OF STEPHEN M. FELDMAN, INC.
    15915 Ventura Blvd., Suite 201
14     Encino, CA 91436
    Tel.: (818) 907-0334
15     Fax: (818) 907-9056
    ATTORNEY FOR REBECCA TYREE

**Certificate of Service**

I hereby certify that on September 19, 2008, service of the foregoing Joint Motion for Entry of Stipulated Judgment of Permanent Injunction Against Rebecca Tyree, was made by way of the Court's ECF filing system on the following:

Stephen Feldman
Attorney for Defendant Rebecca Tyree

/s/ John Monroe
U.S. Department of Justice - Tax Division
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-0638
Facsimile: (202) 514-6770
E-mail: john.r.monroe@usdoj.gov