# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br>  vs.<br><br>ROOSEVELT KYLE; REBECCA TYREE; COA FINANCIAL GROUP, LLC; EAGLE FINANCIAL SERVICES, LLC,<br><br>                            Defendant.<br>———————————————————<br>ROOSEVELT KYLE,<br><br>            Third Party Plaintiff,<br>  vs.<br><br>JOHN R. MONROE; DOES 1 THROUGH 1000,<br><br>            Third Party Defendant. | CASE NO. 07-cv-2187-IEG-NLS<br><br>ORDER GRANTING JOINT MOTIONS FOR STIPULATED JUDGMENT OF PERMANENT INJUNCTION AGAINST REBECCA TYREE |

      Before the Court are the parties' joint motions for a stipulated judgment for a permanent injunction against defendant Rebecca Tyree. (Doc. Nos. 48, 49.) Based upon the motions, the parties' stipulations, and good cause appearing:

      **IT IS HEREBY ORDERED** that defendant Tyree and her representatives, agents, servants, employees, and anyone in active concert or participation with her, are **PERMANENTLY ENJOINED**, pursuant to 26 U.S.C. §§ 7402(a), 7407, and 7408 from directly or indirectly:

    a.    acting as a federal tax return preparer or requesting, assisting in, or directing the preparation or filing of federal tax returns or other forms/documents for any person or entity other than herself, or appearing as a representative on behalf of any person or organization whose tax liabilities are under examination or investigation by the Internal Revenue Service;

    b.    preparing or filing, or assisting in the preparation or filing of tax returns for others that defendant knows will result in the understatement of any tax liability;

    c.    understating customers' tax liabilities as subject to penalty under IRC § 6694;

    d.    instructing or advising taxpayers to understate their federal tax liabilities;

    e.    engaging in any other activity subject to penalty under IRC § 6694;

    f.    engaging in any activity subject to penalty under IRC § 6695; and

    g.    engaging in other conduct that substantially interferes with the proper administration and enforcement of the internal revenue laws.

**IT IS FURTHER ORDERED** that Tyree mail an executed copy of this injunction to all persons for whom she has prepared a federal tax return or form since January 1, 2006. Tyree must mail the copies within 30 days of the date of this order and must file with the Court a sworn certificate stating that she has complied with this requirement. The mailings shall include a cover letter in a form either agreed to by counsel for the United States or approved by the Court, and shall not include any other documents or enclosures.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction to enforce this injunction and the United States may engage in post-judgment discovery to monitor Tyree's compliance with this injunction.

**IT IS SO ORDERED.**

**DATED: October 1, 2008**

*Irma E. Gonzalez*
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**